| | |
|---|---|
| _ OF SOUTH CAROLINA ) | 2023CV1110100285 |
| ) | CIVIL CASE NUMBER |
| COUNTY OF CHEROKEE ) | MAGISTRATE'S COURT |
| ) | RULE TO VACATE OR SHOW CAUSE (EVICTION) |

Litchain Corporation
145 N. Church Street
Spartanburg, SC 29306                               Phone:
_____
**PLAINTIFF(S)**

Vs
Blockquarry F/K/A Isw Holdings Inc
RA - Paracorp In
150 Hyatt Street
Gaffney, SC 29340                                   Phone:
_____
**DEFENDANT(S)**

**TO Blockquarry F/K/A Isw Holdings Inc RA - Paracorp Inc:** Litchain Corporation is asking this Court to evict you from the property located at because they claim that:

☒ You have failed to pay rent when due or demanded in the amount of $5,874.00.
☐ The terms of your tenancy or occupancy have ended.
☒ You have violated the terms or conditions of your lease by:  see attached

You the defendant(s) and lessee(s) of the premises listed at the address listed above, **and all others, are ordered** to vacate the premises immediately pursuant to S.C. Code Ann. §27-37-10 **OR** contact the:

    Cherokee County Magistrate
    312 East Frederick Street
    Gaffney, SC 29340
    (864) 487-2533

within ten (10) days of receiving this notice, for the purpose of scheduling a hearing to show why you should not be evicted from these premises.

**FAILURE TO VACATE THE PREMISES OR RESPOND WITHIN TEN (10) DAYS MAY RESULT IN THE ISSUANCE OF A WRIT OF EJECTMENT.**

_____
02/03/2023                          Judge, Cherokee County Magistrate

Personally appeared before me, the undersigned deponent, being duly sworn, , says s/he is a person over 18 years of age, not a party or attorney in this action and s/he to serve the Rule to Vacate or Show Cause on Blockquarry F/K/A Isw Holdings Inc RA - Paracorp In    on the following dates/times:

| DATE | TIME | INITIALS | DATE OF SERVICE  2-6-23 | TIME OF SERVICE  09:20 |
|---|---|---|---|---|
| 1. 2-6-23 | 09:20 | JDB | SETTLED/DATE _____ | VACANT/DATE _____ |
| 2. | | | PERSON SERVED & RELATIONSHIP IF NOT DEFENDANT | |
| 3. | | | _____ | |

Sworn to and subscribed before me
This _____ day of _____, 20___.

_____       _____
**NOTARY PUBLIC OR JUDGE**                      **SIGNATURE OF SERVER**

ON_____ I DEPOSITED IN THE UNITED STATES MAIL IN AN ENVELOPE ADDRESSED TO THE DEFENDANT(S) ABOVE WITH FIRST CLASS POSTAGE AFFIXED THERETO, A COPY OF THIS DOCUMENT.

                                              MAGISTRATE'S CLERK
_____

MV220
SCCA/733A (Amended 11/2019)

EXHIBIT A to Blockquarry Compl.

|   |   |
|---|---|
| STATE OF SOUTH CAROLINA | 2023CV1110100285 |
| | CIVIL CASE NUMBER |
| COUNTY OF Cherokee | IN THE MAGISTRATE'S COURT |
| Litchain Corporation | |
| PLAINTIFF(S) | |
| VS. | APPLICATION FOR EJECTMENT (Eviction) |
| Blockquarry f/k/a ISW Holdings, INC | |
| DEFENDANT(S) | |

I, **Litchain Corporation**, plaintiff in this action, state that I am the landlord-lessor of premises within the jurisdiction of Magistrate **Howell** which is described as: (address and description of premises – apartment, house, etc.)

**150 Hyatt Street** (physical address of business)
**Gaffney, SC 29340**

I further state that, with regard to the above-described premises, a landlord-tenant relationship exists between myself and the defendant, **Blockquarry f/k/a ISW Holdings INC**, the tenant-lessee, as evidenced by the following: (Attach lease papers or other written proof.)

**2 Office Park Court #103** (Registered agent)
**Columbia, SC 29223** (Paracorp Incorporated)

Grounds for this ejectment are one or more of the following:
- [✓] The tenant fails or refuses to pay the rent when due or when demanded in the amount of $ **5,874.00** ; or
- [ ] The term of tenancy or occupancy has ended; or
- [ ] The terms or conditions of the lease have been violated as follows: **associated past due delinquent energy charges, additional required deposit due to material breach of lease agreement**

Sworn to before me
this **3rd** day of **February**, **2023**

**Elizabeth McDaniel**
Magistrate or Notary Public for South Carolina

My Commission expires **5/2030**

**Michael Brown**
PLAINTIFF (or his attorney/agent)
**145 N. Church Street**
Address
**Spartanburg, SC 29306**
City/State/Zip
**(864) 494-0003**
Phone Number

EXHIBIT A to Blockquarry Compl.

SCCA/732 (Amended 11/2019)