IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Litchain Corp. and Gaffney Board of Public Works, <br><br> Defendants. | Civil Action Number: <br><br><br> **PLAINTIFF'S ANSWERS TO LOCAL CIV. RULE 26.01 (D.S.C.) INTERROGATORIES** |

Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Plaintiff" or "Blockquarry"), by and through its undersigned counsel, hereby submits these Answers to Interrogatories per Local Civ. Rule 26.01 (D.S.C.).

## ANSWERS

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: None.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Plaintiff requests a jury trial for all issues so triable.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: Plaintiff is not publicly owned. Plaintiff is not owned 10% or more by any parent or publicly held corporation; it is not a parent of any publicly owned company; and it does not own 10% or more of any publicly owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER: The action concerns business dealings and real estate in Gaffney, Cherokee County, South Carolina.**

7:23-cv-01427-TMC     Date Filed 04/07/23     Entry Number 3     Page 2 of 2

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: No.**

(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry") is a corporation organized under the laws of Nevada. The company is authorized to transact business in the state of South Carolina and maintains a principal place of business in Texas**

Respectfully submitted,

| | |
|---|---|
| April 7, 2023 | FOX ROTHSCHILD LLP |
| | 2 W. Washington Street<br>Suite 1100<br>Greenville, SC 29601<br>Tel:   864.751.7600 |
| Greenville, South Carolina | */s/ R. Taylor Speer* |
| | R. Taylor Speer<br>Federal ID# 12267<br>tspeer@foxrothschild.com |
| | William A. Neinast<br>Federal ID# 13172<br>wneinast@foxrothschild.com |
| | *Attorneys for Blockquarry Corp. f/k/a ISW Holdings, Inc.* |
| 144488520.2 | |

2