IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Litchain Corp. and Gaffney Board of Public Works, <br><br> Defendants. | Civil Action Number: <br><br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc. files this disclosure statement, certifying the following.

1. <u>Plaintiff Blockquarry Corp.</u> f/k/a ISW Holdings, Inc. ("Blockquarry") is a corporation organized under the laws of Nevada. The company is authorized to transact business in the state of South Carolina and maintains a principal place of business in Texas. The address of Blockquarry's principal place of business is <u>700 Louisiana Street, Suite 3950, Houston, Texas 77002, USA</u>.

2. <u>Defendant Litchain Corp.</u> ("Defendant") is a corporation organized under the laws of Florida. The company is authorized to transaction business in the state of South Carolina and maintains a principal place of business in Florida. The address of Defendant's principal place of business is <u>3415 W Lake Mary Boulevard, Suite 950702, Lake Mary, Florida 32795, USA</u>.

3. <u>Defendant Gaffney Board of Public Works</u> (the "Utility") is a municipal corporation organized under the laws of South Carolina and is a citizen of the state of South Carolina. The Utility maintains a principal place of business in South Carolina. The address of

the Utility's principal place of business is <u>210 East Frederick St, Gaffney, South Carolina 29340, USA</u>.

Respectfully submitted,

| | |
|---|---|
| April 7, 2023 | FOX ROTHSCHILD LLP |
| | |
| | 2 W. Washington Street |
| | Suite 1100 |
| | Greenville, SC 29601 |
| | Tel:   864.751.7600 |
| | |
| Greenville, South Carolina | */s/ R. Taylor Speer* |
| | R. Taylor Speer |
| | Federal ID# 12267 |
| | tspeer@foxrothschild.com |
| | |
| | William A. Neinast |
| | Federal ID# 13172 |
| | wneinast@foxrothschild.com |
| | |
| 144467903 | *Attorneys for Blockquarry Corp. f/k/a ISW Holdings, Inc.* |