AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc.,<br><br>*Plaintiff(s)*<br>v.<br>Litchain Corp. and Gaffney Board of Public Works,<br><br>*Defendant(s)* | Civil Action No. 7-23-cv-1427-TMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gaffney Board of Public Works
210 East Frederick St
Gaffney, South Carolina 29340, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Taylor Speer
Fox Rothschild LLP
2 W. Washington Street
Suite 1100
Greenville, SC 29601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: April 10, 2023

s/L.K. McAlister
Deputy Clerk

*Signature of Clerk or Deputy Clerk*