

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY     Customer Copy

**CASHIER'S CHECK**     9599009930

08/03/2022
Void after 7 years

Remitter:     ALONZO PIERCE

$** 620,000.00 **

Pay To The Order Of:     BOARD OF PUBLIC WORKS

Memo: ----------------------------------------------------------
Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

<u>EXHIBIT E</u>



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy
9599009395

05/09/2022
Void after 7 years

**Remitter:** ALONZO PIERCE

$** 157,606.18 **

**Pay To The Order Of:** BOARD OF PUBLIC WORKS

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

Memo: _____
Note: For information only. Comment has no effect on bank's payment.

---

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**    9599009395    440

**Remitter:** ALONZO PIERCE    Date 05/09/2022    Void after 7 years

**Pay To The Order Of:** BOARD OF PUBLIC WORKS

**Pay:** ONE HUNDRED FIFTY SEVEN THOUSAND SIX HUNDRED SIX DOLLARS AND 18 CENTS

$** 157,606.18 **

Do not write outside this box

Drawer: JPMORGAN CHASE BANK, N.A.

*Rebecca Griffin*

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Memo: _____
Note: For information only. Comment has no effect on bank's payment.



EXHIBIT E



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
    - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy
9599009395
05/09/2022
Void after 7 years

Remitter: ALONZO PIERCE

$** 157,606.18 **

Pay To The Order Of: BOARD OF PUBLIC WORKS

Memo:—
Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

---

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**   9599009395
Date 05/09/2022   Void after 7 years   25-3 / 440

Remitter: ALONZO PIERCE

Pay To The Order Of: BOARD OF PUBLIC WORKS

Pay: ONE HUNDRED FIFTY SEVEN THOUSAND SIX HUNDRED SIX DOLLARS AND 18 CENTS

$** 157,606.18 **

Memo: ISW HOLDINGS 60041001
Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH



EXHIBIT E

Align top of FedEx Express® shipping label here.

```
ORIGIN ID:LKSA  (832) 334-5553        SHIP DATE: 09MAY22
AMIR BROHI                            ACTWGT: 0.10 LB
POSTAL PLUS COPY CENTER # 18          CAD: 114564832/WSXI3600
9818 FRY RD # 150

CYPRESS, TX 77433                     BILL SENDER
UNITED STATES US
```

TO
**CAFFNEY BOARD OF PUBLIC WORKS**
**210 E FREDERICK ST**
**P O BOX 64**
**GAFFNEY SC 29340**

(832) 819-6195                REF: ALONZO PIERCE
INV: PKG ID: 52588
PO:                           DEPT:

FedEx Express    E

TUE – 10 MAY 10:00A
TRK# 0201  2729 4334 0449     FIRST OVERNIGHT

**X1 SPAA**                   29340
                              SC-US  GSP

EXHIBIT E



**Terms and Conditions:**

* Please keep this copy for your record of the transaction
* Money Orders are not valid for more than $1000
* The sender/drawer agrees to enter the name of the payee and to sign the instrument immediately upon purchase
  - Failure to do so will result in the sender/drawer bearing the risk of any loss or theft of this instrument
* The laws of a specific state will consider these funds to be "abandoned" ~~~ ~ashed by a certain time

  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item



FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy
**CASHIER'S CHECK**                          9599008218
                                             11/03/2021
                                             Void after 7 years

**Remitter:** ALONZO PIERCE

                                             $** 50,000.00 **

**Pay To The Order Of:** BOARD OF PUBLIC WORKS

Memo: --------------------------------------
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**
**NON NEGOTIABLE**

EXHIBIT E



EXHIBIT E



EXHIBIT E

**FOR YOUR PROTECTION SAVE THIS COPY**
**CASHIER'S CHECK**                           Customer Copy
                                              9599010622
                                              12/12/2022
                                              Void after 7 years

ter:  BLOCKQUARRY CORP.

The   BOARD OF PUBLIC WORKS                   $** 620,000.00 **
Of:

Drawer: JPMORGAN CHASE BANK, N.A.
NON NEGOTIABLE

--- information only. Comment has no effect on bank's payment.

282111107 NEW 01/21 8810004306

**CASHIER'S CHECK**                           9599010622    25-3
                                                            440
Date  12/12/2022   Void after 7 years

CHASE

er:  BLOCKQUARRY CORP.

The   BOARD OF PUBLIC WORKS
f:

X HUNDRED TWENTY THOUSAND                     $** 620,000.00 **
OLLARS AND 00 CENTS

Drawer: JPMORGAN CHASE BANK, N.A.

004/001

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

mation only. Comment has no effect on bank's payment.

EXHIBIT E



EXHIBIT E



EXHIBIT E