# BOARD OF PUBLIC WORKS

210 East Frederick Street, Post Office Box 64
GAFFNEY, SOUTH CAROLINA 29342
(864) 488-8800
FACSIMILE (864) 488-8855



"THE PEACHOID"

VIA Certified U.S. Mail & Electronic Mail

March 13, 2023

Tony Tate
Litchain Corporation
118 ½ Willis Plaza
Gaffney, SC 29341

**Re: Termination of Lease Agreement Related to 150 Hyatt Street, Gaffney, SC (the "Property")**

Dear Mr. Tate,

Pursuant to a letter from Gaffney Board of Public Works ("BPW") dated January 9, 2023 (the "Default Letter"), Litchain was notified of two separate and continuing defaults under the BPW's ground lease agreement with Litchain dated September 23, 2021 (the "Lease") related to the Property. As noted in the Default Letter, these defaults involved: (1) termination of electric service to the Property; and (ii) the existence of an impermissible sublease arrangement. Since the date of the Default Letter, neither of these defaults has been remedied, cured or even attempted.

<u>Effective immediately, the Lease is terminated</u>. BPW will re-enter and repossess the Property. As of the date hereof, any future access of the Property by you, other Litchain staff or officials will be treated as a trespass under S.C. Code Ann. Section 16-11-620 and will be prosecuted to the fullest extent of the law.

A copy of this letter has been submitted via electronic mail, and via U.S. Mail, with a read-receipt. Failure to sign or acknowledge the read-read will not absolve you of the notice provided in this letter.

Sincerely,

*[signature]*

Donnie Hardin
General Manager

*Electric Power • Water • Waste Treatment*
*Since 1907*

<u>EXHIBIT G</u>