# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Litchain Corp. and Gaffney Board of Public Works, <br><br> Defendants. | C/A No.: 7:23-cv-01427-TMC <br><br><br> **PLAINTIFF'S NOTICE OF FILING** |

See Affidavit of Service attached.

                                                         Respectfully submitted,

April 18, 2023                                FOX ROTHSCHILD LLP

                                                         2 W. Washington Street
                                                         Suite 1100
                                                          Greenville, SC 29601
                                                          Tel:   864.751.7600

Greenville, South Carolina                */s/William A. Neinast*
                                                          R. Taylor Speer
                                                          Federal ID# 12267
                                                          tspeer@foxrothschild.com

                                                          William A. Neinast
                                                         Federal ID# 13172
                                                         wneinast@foxrothschild.com

                                                          *Attorneys for Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc.*