## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of South Carolina

Case Number: 7:23-CV-0142-TMC

Plaintiff:
**Blockquarry Corp. f/k/a ISW Holdings, Inc.**
vs.
Defendant:
**Litchain Corp. and Gaffney Board of Public Works**

Received by FALCON EXPRESS SERVICES, LLC to be served on **Gaffney Board of Public Works, 210 E. Frederick Street, Gaffney, SC 29340**. I, __Jonden Snipes__, being duly sworn, depose and say that on the __11th__ day of __April__, 20__23__ at __1:45__ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTION, AND DAMAGES, EXHIBITS, PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DECLARATION OF ALONZO PIERCE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and EXHIBITS** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving __Ashley Gone__ as __Front Desk Manager__.

( ) GOVERNMENT AGENCY: By serving _____ as _____
of the within named agency.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age __33__ Sex M/(F) Race __W__ Height __5'4"__ Weight __120__ Hair __Brown__ Glasses Y /(N)

Is the place of service the dwelling house or usual place of abode for the party being served? ( ) Yes (X) No

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __12th__ day of __April__, __2023__ by the affiant who is personally known to me.

_Christal J Cook_
NOTARY PUBLIC
My Commission Expires: __5-5-25__

PROCESS SERVER # __8219__
Appointed in accordance with State Statutes

**FALCON EXPRESS SERVICES, LLC**
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: 2023002860

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k