IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | C/A No.: 7:23-cv-01427-TMC |
| Plaintiff, | |
| v. | |
| Litchain Corp. and Gaffney Board of Public Works, | **PLAINTIFF'S REQUEST FOR PROTECTION** |
| Defendants. | |

R. Taylor Speer, counsel for Plaintiff, respectfully requests protection from this Court and discovery appearances from <u>June 16 through June 26, 2023</u> and <u>July 10 through July 14, 2023</u> to accommodate pre-paid travel planned. Defendant Gaffney Board of Public Works was advised of the content of this notice in advance of its filing and does no object to the request.

Respectfully submitted,

April 20, 2023

Greenville, South Carolina

FOX ROTHSCHILD LLP

*/s/ R. Taylor Speer*
R. Taylor Speer, Federal ID 122767
2 W. Washington Street
Suite 1100
Greenville, SC 29601
Tel:   864.751.7600
TSpeer@FoxRothschild.com

*Attorneys for Plaintiff*

144665285