# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Litchain Corp. and Gaffney Board of Public Works,<br><br>    Defendants. | C/A No.: 7:23-cv-01427-TMC<br><br>**PLAINTIFF'S REQUEST FOR PROTECTION** |

William A. Neinast, counsel for Plaintiff, respectfully requests protection from this Court and discovery appearances from May 10, 2023, through June 26, 2023, for paternity leave. Defendant Gaffney Board of Public Works was advised of the content of this notice in advance of its filing and does not object to the request.

Respectfully submitted,

April 24, 2023

Greenville, South Carolina

FOX ROTHSCHILD LLP

*/s/ William A. Neinast*
William A. Neinast, Federal ID 13172
2 W. Washington Street
Suite 1100
Greenville, SC 29601
Tel:   864.751.7600
WNeinast@FoxRothschild.com

*Attorneys for Plaintiff*