# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Litchain Corp. and Gaffney Board of Public Works, <br><br> Defendants. | C/A No.: 7:23-cv-01427-TMC <br><br> **CERTIFICATE OF SERVICE** |

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the undersigned counsel for Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc. hereby certifies that he served Defendant Gaffney Board of Public Works with the Court's April 12, 2023 Text Order regarding Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction in the above-referenced matter on April 12, 2023 by emailing a copy of the same with prior written consent to electronic service, as reflected in email correspondence attached hereto as "Exhibit 1."

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 28, 2023 | FOX ROTHSCHILD LLP |
| Greenville, South Carolina |  |
|  | */s/William A. Neinast* <br> R. Taylor Speer, Fed. ID # 12267 <br> William A. Neinast, Fed. ID # 13172 <br> 2 W. Washington Street <br> Suite 1100 <br> Greenville, SC 29601 <br> Tel:  864.751.7600 <br> Fax:  864.751.7800 <br> TSpeer@FoxRothschild.com <br> WNeinast@FoxRothschild.com <br> *Attorneys for Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc.* |