| | |
|---|---|
| **From:** | Neinast, William A. |
| **To:** | Lawrence Flynn |
| **Cc:** | Kolb, Karen; Ginny Bozeman; Speer, R. Taylor |
| **Bcc:** | {F22756410}.Active@wcs.foxrothschild.com |
| **Subject:** | RE: Blockquarry v. BPW and Litchain \| 7:23-cv-01427-TMC |
| **Date:** | April 12, 2023 5:42:32 PM |
| **Attachments:** | EXT Activity in Case 723-cv-01427-TMC Blockquarry Corp v. Litchain Corp et al Order on Motion for TRO.msg |

Hi Lawrence,

Please find attached and hereby served a Text Order from the Court related to Blockquarry's Motion for a Temporary Restraining Order and Preliminary Injunction. Please note the Court's admonishment against the dissipation and/or waste of the property at issue in this case. In light of this Text Order and Blockquarry's concern over the possible dissipation of the deposit funds, as discussed in its prior pleadings, we would ask that you please confirm that BPW has no plans to dissipate the deposit funds or cause any waste to the personal property on the premises until after pertinent adjudication. Taylor and I would be glad to discuss this with you; please give either of us a call at your earliest convenience.

Best,

Will

**William A. Neinast** | **Fox Rothschild LLP**
2 W. Washington St., Suite 1100
Greenville, SC 29601-2784
(864) 751-7600 | vCard
WNeinast@foxrothschild.com | www.foxrothschild.com

*This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.*

**From:** Lawrence Flynn <lflynn@popeflynn.com>
**Sent:** April 11, 2023 10:20 AM
**To:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Cc:** Neinast, William A. <WNeinast@foxrothschild.com>; Kolb, Karen <KKolb@foxrothschild.com>; Ginny Bozeman <gbozeman@popeflynn.com>
**Subject:** [EXT] Re: Blockquarry v. BPW and Litchain \| 7:23-cv-01427-TMC

I'm out of the office this week, but we agree to accept service electronically. Thanks.

Lawrence Flynn
Pope Flynn, LLC

lflynn@popeflynn.com

EXHIBIT 1

**From:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Sent:** Tuesday, April 11, 2023 10:00:13 AM
**To:** Lawrence Flynn <lflynn@popeflynn.com>
**Cc:** Neinast, William A. <WNeinast@foxrothschild.com>; Kolb, Karen <KKolb@foxrothschild.com>
**Subject:** RE: Blockquarry v. BPW and Litchain | 7:23-cv-01427-TMC

Lawrence, attached is an emergency motion for TRO relative to the deposit and personal property belonging to Blockquarry and its clients. The motion, pleading, and summons will be personally served upon BPW today. Best,



**R. Taylor Speer**
Counse
Greenv e, SC
(864) 751-7665
* 827 7665

**From:** Speer, R. Taylor
**Sent:** April 10, 2023 2:46 PM
**To:** Lawrence Flynn <lflynn@popeflynn.com>
**Cc:** Neinast, William A. <WNeinast@foxrothschild.com>
**Subject:** Blockquarry v. BPW and Litchain | 7:23-cv-01427-TMC

Lawrence, attached is a stamped copy of the complaint, along with a summons issued as to BPW. Please comment on whether BPW will waive service. Best,



**R. Taylor Speer**
Counse
Greenv e, SC
(864) 751-7665
* 827 7665

**From:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Sent:** April 7, 2023 5:48 PM
**To:** Lawrence Flynn <lflynn@popeflynn.com>
**Cc:** Neinast, William A. <WNeinast@foxrothschild.com>
**Subject:** Blockquarry v. BPW and Litchain | case pending

Lawrence, attached is a copy of filings made with the district court this afternoon. Confirmation of the filing is enclosed, but I do not have a case number. We anticipate filing a motion for TRO on Monday. Pursuant to Rule 4(d), please respond with comment on whether BPW will waive service. Best,

**R. Taylor Speer**
Counse

EXHIBIT 1



Greenv e, SC
(864) 751-7665
* 827 7665

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

EXHIBIT 1