IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Blockquarry Corp. f/k/a ISW Holdings Inc., | ) | Civil Action No. 7:23-cv-01427-TMC |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| Litchain Corp. and Gaffney Board of Public Works, | ) | |
| Defendants, | ) | |
| Gaffney Board of Public Works, | ) | |
| Defendant/Counter and Cross Claimant, | ) | |
| v. | ) | |
| Blockquarry Corp. f/k/a/ ISW Holdings, Inc. | ) | |
| Counterclaim Defendant, | ) | |
| and | ) | |
| Litchain Corp. | ) | |
| Crossclaim Defendant. | ) | |

Comes now Defendant/Counter and Cross Claimant, Gaffney Board of Public Works, South Carolina, ("Gaffney BPW"), by and through undersigned counsel of record, and pursuant to Fed. R. Civ. P. 5 (b)(2)(C), certifies it served Defendant/Crossclaim Defendant, Litchain Corp, with Gaffney BPW's Answer to the Complaint and Counterclaim and Crossclaim for Interpleader, Declaratory Judgment, and Breach of Contract (D.E. 15) and Answers to Local Civ.

Rule 26.01 (D.S.C.) Interrogatories (D.E. 16) via U.S. Mail, postage prepaid, at the below last known address on May 2, 2023:

> Litchain Corp.
> Attn: Tony Tate
> 118 1/2 Willis Plaza
> Gaffney, South Carolina 29340

A copy of the letter reflecting said service is attached hereto as "Exhibit 1."

Respectfully submitted,

POPE FLYNN, LLC

May 8, 2023     By:   s/ Virginia P. Bozeman
Virginia P. Bozeman (Fed. Bar No. 13476)
1411 Gervais Street
Suite 300
Columbia, SC 29201
Phone: (803) 354-4947
Fax: (803) 354-4899
gbozeman@popeflynn.com

**ATTORNEYS FOR GAFFNEY BPW**