

Pope Flynn, LLC
1411 Gervais Street, Suite 300
Post Office Box 11509 (29211)
Columbia, SC 29201

MAIN 803.354.4900
FAX 803.354.4899
www.popeflynn.com

May 2, 2023

<u>VIA U.S. MAIL</u>

Litchain Corp.
Attn: Tony Tate, Registered Agent
118 1/2 Willis Plaza
Gaffney, South Carolina 29340

Dear Mr. Tate,

    Enclosed please find Defendant, Gaffney Board of Public Works', Answer to Plaintiff's Complaint and Counterclaim and Crossclaim for Interpleader, Declaratory Judgment, and Breach of Contract and Answers to Local Civ. Rule 26.01 (D.S.C.) Interrogatories, both of which were electronically filed yesterday. If there are any questions about this pleading, please have your attorney contact me.

                                            Sincerely,

                                            Virginia P. Bozeman

Enclosures

Exhibit 1