IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings Inc., ) | Civil Action No. 7:23-cv-01427-TMC |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| Litchain Corp. and Gaffney Board of Public Works, ) | |
| Defendants. ) | |
| Gaffney Board of Public Works, ) | |
| Defendant/Counter and Cross Claimant, ) | |
| v. ) | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | |
| Counterclaim Defendant, ) | |
| and Litchain Corp., ) | |
| Crossclaim Defendant. ) | |

TO: ALL PARTIES OF RECORD

Please accept for filing this Notice of Appearance of Lawrence E. Flynn III, attorney with Pope Flynn, LLC, in this proceeding. I request that the Court note my appearance for the record and add my name as attorney for Defendant Gaffney Board of Public Works. A copy of this Notice is being served on all parties of record. I request that any further information or correspondence filed with the Court be served on the undersigned as counsel for Defendant Gaffney Board of Public Works.

May 9, 2023                              By:    /s/ Lawrence E. Flynn III
                                                Lawrence E. Flynn III (Fed. Bar No. 14000)
Virginia P. Bozeman (Fed. Bar No. 13476)
1411 Gervais Street, Suite 300
Columbia, SC 29201
Phone: (803) 354-4900
Fax: (803) 354-4899
lflynn@popeflynn.com
gbozeman@popeflynn.com

**ATTORNEYS FOR GAFFNEY BPW**