IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings Inc., | Civil Action No. 7:23-cv-01427-TMC |
| Plaintiff, | |
| v. | |
| | **CERTIFICATE OF SERVICE** |
| Litchain Corp. and Gaffney Board of Public Works, | |
| Defendants. | |
| Gaffney Board of Public Works, | |
| Defendant/Counter and Cross Claimant, | |
| v. | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | |
| Counterclaim Defendant, | |
| and | |
| Litchain Corp., | |
| Crossclaim Defendant. | |

    I, the undersigned, do hereby certify that I have served my Notice of Appearance as attorney for Gaffney Board of Public Works on Defendant/Crossclaim Defendant, Litchain Corp., via U.S. Mail, postage prepaid, at the below last known address:

        Litchain Corp.
        Attn: Tony Tate
        118 1/2 Willis Plaza
        Gaffney, SC 29340

May 10, 2023          By:     /s/ Lawrence E. Flynn III
                              Lawrence E. Flynn III (Fed. Bar No. 14000)
                              Virginia P. Bozeman (Fed. Bar No. 13476)
                              1411 Gervais Street, Suite 300
                              Columbia, SC 29201
                              Phone: (803) 354-4900
                              Fax: (803) 354-4899
                              lflynn@popeflynn.com
                              gbozeman@popeflynn.com

                              **ATTORNEYS FOR GAFFNEY BPW**