

# Fox Rothschild LLP
### ATTORNEYS AT LAW

R. TAYLOR SPEER
Direct Dial: 864.751.7665
Email: TSpeer@FoxRothschild.com

2 West Washington Street
Suite 1100
Greenville, South Carolina 29601

May 18, 2023

**VIA ELECTRONIC MAIL**
Ginny Bozeman
POPE FLYNN GROUP
gbozeman@popeflynn.com

Re: **Blockquarry Corp v. Litchain Corp., et al. | 7:23-cv-01427-TMC**

**Defendant's agreement to 21-day extension to answer pleading**

145906378

Ginny:

Thank you for granting Plaintiff Blockquarry Corp. (Blockquarry) a 21-day extension to respond to the pleading filed by Defendant Gaffney Board of Public Works (BPW) on May 1, 2023. *See* Local Civ. Rule 12.01 (D.S.C.). Please indicate BPW's consent for the same by signing below. Blockquarry's filing deadline will be extended to June 12, 2023.

Best regards,

R. Taylor Speer

CONSENT BY BPW

*Ginny Bozeman*    Date 5/18/23
Ginny Bozeman, as counsel for BPW

A Pennsylvania Limited Liability Partnership

California  Colorado  Delaware  District of Columbia  Florida  Georgia  Illinois  Massachusetts  Minnesota  Missouri
Nevada  New Jersey  New York  North Carolina  Oklahoma  Pennsylvania  South Carolina  Texas  Washington