# BOARD OF PUBLIC WORKS

210 East Frederick Street, Post Office Box 64
Gaffney, South Carolina 29342
(864) 488-8800
Facsimile (864) 488-8855



"THE PEACHOID"

November 1 2021

Tony Tate
Litchain Corp
118 ½ Willis Plaza
Gaffney SC 29340

**Deposit Payment Schedule**

Dear Mr. Tate:

Gaffney Board of Public Works requires a power deposit from every customer prior to connecting service. Our standard policies established the value of the deposit based on the average of the highest three-monthly power bills times two. Based on the loads and estimated run times we estimate the highest three highest bills for 1 pod to be $34,904.11, $34,904.11, and $34,283.38. The average of these three bills is $34,697.38. Thus, the power deposit will be $69,395.76 for each pod. The total deposit for 20 pods will be $1,387,895.20.

Per our conversations, and due to the scale of your operation BPW is willing to allow the following deposit schedule shown below:

| Date | Amount | Milestone |
|---|---|---|
| 10/19/21 | $50,000 – Received | |
| 11/04/21 | $50,000 | BPW Order Materials |
| 12/3/21 | $462,631.73 | 8 Pods Connected |
| 12/17/21 | $462,631.73 | 8 Pods Connected |
| 1/7/22 | $362,631.74 | 4 Pods Connected |
| Total: | $1,387,895.20 | |

We will proceed with ordering the necessary materials to start service; regulators, conductor, and metering equipment, after we receive the 11/4/21 deposit of $50,000. In the unlikely event that Litchain fails to establish permanent service we reserve the right to offset our material cost with the first two deposits ($100,000).

**Deposit Payment Schedule Letter - Ex. 6**

The full $1,387,895.20 deposit will be held in our deposits escrow account until the termination of service.

If you need any additional information please don't hesitate to contact me at ccox@gbpw.com or 864-649-2180.

Sincerely,

Cory Cox, PE
Assistant Manager / Operation Engineer

**Deposit Payment Schedule Letter - Ex. 6**