# PMPA
## ECONOMIC DEVELOPMENT RIDER APPLICATION

| | |
|---|---|
| Date of Application: | 9/9/21 |
| Customer Name: | Litchain Corporation |
| Participant Name: | Gaffney BPW |
| Applying for: | ☐ ED Rider    ☒ ED Rider with Credits for New Loads |
| Is this a new customer? | ☒ Yes    ☐ No |
| Type of business: | Data Mining |
| NAICS Code (for loads under 750 kW): | |
| Location of facility: | |
| Square footage of facility: | 10,000 |
| Type of Load: | ☒ Inductive    ☐ Resistive |
| Hours per day of operation: | 24 |
| Operating days per week: | 7 |
| Will the load vary seasonally: | ☐ Yes    ☒ No |
| If seasonal, explain: | |
| Expected date of permanent service: | 10/1/21 |
| Expected annual avg. monthly kW: | 20,000 |
| Expected annual avg. monthly load factor: | 95% |

## Credits for New Load Information Only:

Basis for which customer qualifies for additional credits:

☒ Customer's new load results in capital investment of $400,000 per 1,000 kW, with a net increase in FTE employees.

☐ Customer will employ an additional workforce of at least 75 FTE employees per 1,000 kW.

Has the customer signed an 8-year contract with the Participant:    ☒ Yes, copy attached    ☐ No

Initial here to affirm that availability of this credit was a
factor in the customer's decision to locate the new load on your system: _____

Number of FTE employees of the customer in all establishments
receiving electric service from your system at the time of application: 0

Number of expected FTE employees of the customer in all
establishments receiving electric service from your system at the time credits will start: 25

I hereby attest that all information included in this application is accurate to the best of my knowledge and request that this application be presented to PMPA's Finance and Rate Committee for consideration:

_____ Sign    9/9/21 Date

_____ Print
Donnie L. Hardin

---

**For PMPA use only**

Date of approval: _____

Approving party    ☐ Applicable Committee    ☐ Board of Directors, on appeal

Approved for       ☐ ED Rider    ☐ ED Rider with credits

Date on which meter and communications were tested and approved _____

Date on which Participant notified PMPA to start ED Rider _____

Date on which Participant notified PMPA to start credits _____

Date on which customer was removed from ED Rider _____ Reason _____

Date on which credits were prematurely discontinued _____ Reason _____

---

# SPECIAL AGREEMENT

## FOR ELECTRIC UTILITY SERVICE TO LITCHAIN CORPORATION

THIS AGREEMENT, effective September 8, 2021, is by and between the Gaffney Board of Public Works ("BPW'), Gaffney, South Carolina, and Litchain Corporation (LC), a prospective customer which has made application for electric utility service from the BPW in accordance with the BPW's policies, regulations and rates. LC's electrical loads are expected to grow to a level which will qualify for the applicability of BPW's Economic Development Incentive Rate ("Schedule I") and Credit for New Loads ("Schedule I Economic Development Credits") for electric service as more fully described in this Agreement.

### RECITALS

A.     The BPW has duly approved Schedule I to provide electrical service to industrial customers which meet the applicability criteria. A copy of Schedule K, Schedule I, and Schedule I Economic Development Credits is attached hereto and incorporated herein by reference.

B.     The Schedule K, Schedule I, and Schedule I Economic Development Credits, and other schedules and credits the BPW may offer from time to time, are available to LC, as an electrical customer of the BPW, upon satisfaction of certain applicability provisions described in Section 1, Section 2, and Section 3 of this Agreement.

C.     LC provided its potential electric load forecast to the BPW. Based upon these load forecasts, the BPW offered LC a proposal which includes electrical service under Schedule I, and Schedule I Economic Development Credits. During the term of this Agreement as provided in Section 4, LC also has the right and option to receive service under different schedules and credits as provided in Section 3 (1) hereof.

### Section 1:  Conditions of Applicability for Rate Schedule K

The BPW agrees to provide LC with electric service under Schedule K as temporary service upon commencement of operations until the time LC's load reaches the criteria for Schedule I.

### Section 2:  Conditions of Applicability for Rate Schedule I

The BPW will provide LC electrical service under Schedule I and the Schedule I Economic Development Credits provided that LC meets the following conditions:

1.     The Schedule I remains applicable only if LC's monthly peak load is in excess of 750 kW on average, with an average monthly load factor of not less than 45%.

2.  The Schedule I Economic Development Credits will become applicable and remain applicable only if LC's monthly peak load is in excess of 1,000 kW on average.

3.  LC loads must satisfy the Schedule I criteria by March 1, 2022, or the offer of the BPW Schedule I will be withdrawn.

## Section 3: Option for Change of Rate Schedule

1.  At any time during the term of this Agreement and any extension thereof, LC has the option to request a switch to another electric rate schedule available from the BPW; provided, however, that LC meets all of the criteria of the rate schedule to which it desires to switch, and BPW approves the change of rate. LC can request to switch rate schedules a maximum of one time a year. The rate schedules from which LC has an option to choose from will be the schedules available from the BPW at the time of the decision. If a rate switch is made BPW reserves the right to modify or establish a new special service agreement.

2.  Any decision by LC to switch to another electric rate schedule must be in the form of a written request submitted to the Board of Public Works, and the new electric rate schedule, including any applicable credits, shall take effect upon approval by the BPW.

## Section 4: Term of Contract

1.  After the completion of construction of the LC facility and at the time the facility becomes operational, this Agreement will commence and continue for a term of eight (8) years. LC will notify the Board of Public Works in writing of the date of facility completion and commencement of operations.

2.  The Schedule I Economic Development Credits will commence when LC's load reaches 1,000 kW, on average, and has an average monthly load factor of 45%, and will terminate forty-eight (48) months from the date such Schedule I Economic Development Credits are applied in accordance with Schedule I. Credits will be applied as a straight pass through from PMPA to LC through monthly billing according to Schedule I.

3.  At the end of the initial eight (8) year term, and without either party taking action with respect to the terms of this Agreement, this Agreement is automatically renewable, and the parties will continue the application of the service, schedule, and credits then in effect unless later revised hereunder, for successive one-year terms.

## Section 5: Special Terms and Conditions

1.  This Agreement and the application of Schedule I are subject to the condition that if future wholesale rates for the Economic Development Rate or successor charged by Piedmont Municipal Power Agency (PMPA) are increased and are no longer competitive with other qualified power suppliers, this contract may be canceled by LC upon ninety (90) days written notice to the BPW. Upon cancellation, LC would be required to reimburse the BPW credits received based on the PMPA participant responsibility schedule provided in the additional credits rider.

## Section 6: Quality of Service

In an effort to provide the highest level of service to LC and other customers, the BPW constantly strives to keep its distribution system properly maintained and in good operating condition. In its goal to maintain a top quality system, the BPW agrees to the following service conditions:

1. BPW will perform tree trimming on all distribution lines on its system at least once every four (4) years. Main feeder lines will be inspected, and trimmed if needed, once a year to insure the main lines remain free from tree growth. The BPW maintains two full-time tree trimming crews to perform this task.

2. In the event of a problem with the electrical service to the LC facility, a BPW service employee will respond to the problem and be on the scene within 30 minutes. This employee will ascertain the problem and advise the customer, to the best of his ability, regarding the length of time to repair the problem.

3. The BPW will maintain spare parts and equipment for repair and/or replacement of the equipment used to provide electric service to LC's facility. These parts will be located at the Central Warehouse. LC is choosing to provide its own distribution transformers (2500 KVA, 240/416 v).

4. The BPW currently operates three (3) bulk power delivery stations on its system. The BPW can serve LC from either station with a high level of reliability. A fourth delivery station is being designed in the vicinity of the LC site.

5. The BPW has access to technical expertise in the field of electrical operations from which LC may benefit. This expertise will be available to LC whenever it is needed.

## Section 7: Other terms; Notices

1. **Per BPW policy, LC will be required to pay a deposit that is equal to LC's expected two highest month utility bill average.**

2. The terms and conditions contained in this Agreement shall represent the final terms and conditions. In addition to this agreement, all standard BPW policies apply.

3. Any notices required under this Agreement are to be provided to the following:

As to the BPW:  General Manager
                Board of Public Works
                210 East Frederick Street
                Post Office Box 64
                Gaffney, South Carolina 29342

As to LC:       Tony Tate
                Litchain Corporation
                President
                118 ½ Willis Plaza
                Gaffney SC 29340

IN WITNESS WHEREOF, the BPW and LC have caused this Agreement to be signed by their duly authorized representatives.

BOARD OF PUBLIC WORKS

By: _____

Its: _____

ATTEST

_____

LITCHAIN CORPORATION

By: *Antonia Tate*

Its: President

ATTEST

Tony Tate _____