## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 7:23-CV-0142-TMC

Plaintiff:
**Blockquarry Corp. f/k/a ISW Holdings, Inc.**
vs.
Defendant:
**Litchain Corp. and Gaffney Board of Public Works**

Received by FALCON EXPRESS SERVICES, LLC to be served on **Litchain Corp., 118 1/2 Willis Plaza, Gaffney, SC 29340**. I, _Johdan Snipes_, being duly sworn, depose and say that on the _11th_ day of _April_, 20_23_ at _1:06_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTION, AND DAMAGES, EXHIBITS, PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DECLARATION OF ALONZO PIERCE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION and EXHIBITS** in accordance with state statutes in the manner marked below:

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) GOVERNMENT AGENCY: By serving _____ as _____ of the within named agency.

(✓) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _I Arrived At the address Given. Litchain Corp. is not at this Location. The address Given is now Farrell Law Firm. The Law Firm was not open._

Age ___ Sex M F  Race ___ Height ___ Weight ___ Hair ___ Glasses Y N

Is the place of service the dwelling house or usual place of abode for the party being served? ( ) Yes (✓) No

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _12th_ day of _April_, _2023_ by the affiant who is personally known to me.

_Chrystal J Cook_
NOTARY PUBLIC
My Commission Expires: _5-5-25_

PROCESS SERVER # _8219_
Appointed in accordance with State Statutes

**FALCON EXPRESS SERVICES, LLC**
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: 2023002859

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

EXHIBIT A | Pl.'s Status Report