



COMPOSITE EXHIBIT B | Pl.'s Status Report