## AFFIDAVIT OF NON-SERVICE
### UNITED STATES DISTRICT COURT
### District of South Carolina

Case Number: 7:23-CV-0142-TMC

Plaintiff: **Blockquarry Corp. f/k/a ISW Holdings, Inc.**
vs.
Defendant: **Litchain Corp. and Gaffney Board of Public Works**

For:
Fox Rothschild LLP - Greenville
2 W. Washington Street
Suite 1100
Greenville, SC 29601

Received by Falcon Express Services, LLC on the 12th day of April, 2023 at 9:48 am to be served on **Litchain Corp., 118 1/2 Willis Plaza, Gaffney, SC 29340**.

I, Michael E. Bateman, being duly sworn, depose and say that on the **4th day of May, 2023** at **12:12 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY JUDGMENT, INJUNCTION, AND DAMAGES, EXHIBITS, PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PLAINTIFF'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DECLARATION OF ALONZO PIERCE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, NOTICE OF ELECTRONIC FILING - and EXHIBITS** for the reason that I failed to find **Litchain Corp.** or any information to allow further search. Read the comments below for further details.

### Additional Information pertaining to this Service:
5/2/2023 5:30 pm Attempted service at 1056 LAKESIDE ESTATES DR, APOPKA, FL 32703. Ring video doorbell. Cameras above door. A generic message came over doorbell that said they couldn't answer door right now and I could leave a message. I spoke a quick message.
Black F150 in driveway. Florida tag ALB5CF
5/3/2023 7:22 am Attempted service at 1056 LAKESIDE ESTATES DR, APOPKA, FL 32703. No answer. Same exact scenario as yesterday.
5/4/2023 12:12 pm Attempted service at 1056 LAKESIDE ESTATES DR, APOPKA, FL 32703. No answer. Truck is gone. Left a card that I need to get in touch with individual as the RA

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalty of Perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge. Notary not required pursuant to Florida Statute 92.525 verification of documents.

Michael E. Bateman
#640

Subscribed and Sworn to before me on the 31st day of May, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

JENNIFER GUTHRIE
Commission # GG 957340
Expires May 12, 2024
Bonded Thru Budget Notary Services

Falcon Express Services, LLC
238 Mathis Ferry Rd
Suite 101
Mount Pleasant, SC 29464
(843) 577-9696

Our Job Serial Number: FES-2023002859

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2m

EXHIBIT D | Pl.'s Status Report