


Exhibit E | Pl.'s Status Report