IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc.,<br><br>  Plaintiff,<br><br>v.<br><br>Litchain Corp. and Gaffney Board of Public Works,<br><br>  Defendants.<br><br>Gaffney Board of Public Works,<br><br>  Counter-/Cross-Claimant,<br><br>v.<br><br>Blockquarry Corp. f/k/a ISW Holdings, Inc., Counterclaim Defendant, and Litchain Corp., Crossclaim Defendant. | C/A No.: 7:23-cv-01427-TMC<br><br><br><br><br><br>**ORDER** |

  This matter comes before the court on Plaintiff's Motion for Section 15-9-240(c) Service, Extension of Time to Serve, and, in the Alternative, Service by Publication (the "Motion"), as supported by Plaintiff's verified status report, (ECF No. 27). Whereas said Motion's primary request for relief is well founded, the Court GRANTS the Motion in part and authorizes service of process on Defendant Litchain Corp. ("Litchain") pursuant to S.C. Code Ann. § 15-9-240. The Court DENIES without prejudice, as moot, Plaintiff's request for alternative relief. Further, the Court finds and orders the following:

  1. Based on the South Carolina Secretary of State's publicly available records, Litchain is a corporation organized and existing under the laws of Florida.

**EXHIBIT B**

2. According to filings with the Florida Secretary of State's office, Litchain's principal office's address is 3415 W. Lake Mary Boulevard, Suite 950702, Lake Mary, Florida 32795.

3. Plaintiff has made reasonably diligent attempts to serve process on Litchain at multiple addresses and through various methods authorized by rule and statute, as attested to in its verified status report.

4. The summons proposed by Plaintiff contains the proper language required by S.C. Code Ann. § 15-9-240(c) and is properly addressed to the office of the secretary of Litchain at its principal office listed on its most recently filed annual report.

5. Whereas the prerequisites have been met under S.C. Code Ann. § 15-9-240, it is ORDERED that Plaintiff's Motion is GRANTED in part and that Plaintiff be allowed to effect service upon Litchain pursuant to S.C. Code Ann. § 15-9-240.

6. It is ORDERED that the Clerk of Court execute and issue to Plaintiff the summons proposed.

7. Plaintiff is DIRECTED to mail said executed and issued summons and a copy of the Complaint to the office of the secretary of Litchain at its principal office's address at 3415 W. Lake Mary Boulevard, Suite 950702, Lake Mary, Florida 32795.

8. It is ORDERED that, dependent upon plaintiff's filing of proof of deposit in the U.S. Mail, which is hereby ORDERED, five days after such deposit service of process on Litchain is perfected pursuant to S.C. Code Ann. § 15-9-240(d).

9. Further, Plaintiff has demonstrated the requisite good cause that the time within which service may be perfected should be extended under Rule 4(m) of the Federal Rules of Civil Procedure.

3

10.    Thus, it is ORDERED that Plaintiff shall have up and until August 21, 2023, to perfect service upon Litchain, pursuant to Rule 4(m).

SO ORDERED, this the _____ day of _____, 2023

_____
The Honorable Timothy M. Cain
U.S. District Court Judge

7:23-cv-01427-TMC    Date Filed 06/19/23    Entry Number 36-3    Page 3 of 3