**2023 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P19000003982

**Entity Name:** LITCHAIN CORP

**FILED**
**Apr 30, 2023**
**Secretary of State**
**4053553647CC**

**Current Principal Place of Business:**

3415 W LAKE MARY BLVD
SUITE 950702
LAKE MARY, FL 32795

**Current Mailing Address:**

3415 W LAKE MARY BLVD
SUITE 950702
LAKE MARY, FL 32795 US

**FEI Number:** 83-3154914

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TATE, A
581 N PARK AVENUE
SUITE 308
APOPKA, FL 32704 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: A TATE                                                                                                     04/30/2023
                Electronic Signature of Registered Agent                                                                   Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | TATE, ANTONIA |
| Address | 3415 W LAKE MARY BLVD SUITE 950702 |
| City-State-Zip: | LAKE MARY FL 32795 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ANTONIA TATE                                      P                                               04/30/2023
                Electronic Signature of Signing Officer/Director Detail                                              Date

**EXHIBIT A**