IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br>          Plaintiff, <br> v. <br> Litchain Corp. and Gaffney Board of Public Works, <br>          Defendants. <br> _____ <br> Gaffney Board of Public Works, <br>          Counter-/Cross-Claimant, <br> v. <br> Blockquarry Corp. f/k/a ISW Holdings, Inc., Counterclaim Defendant, and Litchain Corp., Crossclaim Defendant. | C/A No.: 7:23-cv-01427-TMC |

**ALTERNATIVE DISPUTE RESOLUTION ("ADR")**
**STATEMENT AND CERTIFICATION**

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he or she has (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted[1] this tenth day of July, 2023.

*~ Signature Page to Follow ~*

---

[1]This statement must be filed and served.  Local Rule 16.03, D.S.C.  A separate statement and certification is required for each party represented.

| | |
|---|---|
| Greenville, South Carolina | FOX ROTHSCHILD LLP<br><br>2 W. Washington Street<br>Suite 1100<br>Greenville, SC 29601<br>Tel:   864.751.7600<br><br>*/s/William A. Neinast*<br>R. Taylor Speer<br>Federal ID# 12267<br>tspeer@foxrothschild.com<br><br>William A. Neinast<br>Federal ID# 13172<br>wneinast@foxrothschild.com<br><br>***Attorneys for Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc.*** |