# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | Civil Action No. 7:23-cv-01427-TMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Litchain Corp. and Gaffney Board of Public ) | |
| Works, ) | |
| ) | **ALTERNATIVE DISPUTE** |
| Defendants. ) | **RESOLUTION ("ADR")** |
| ) | **STATEMENT AND CERTIFICATION** |
| ) | |
| Gaffney Board of Public Works, ) | |
| ) | |
| Defendant/Counter and ) | |
| Cross Claimant, ) | |
| v. ) | |
| ) | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | |
| ) | |
| Counterclaim Defendant, ) | |
| and ) | |
| ) | |
| Litchain Corp., ) | |
| ) | |
| Crossclaim Defendant. ) | |
| ) | |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he or she has (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted[1] this 10th day of July 2023.

                        By:    s/ Virginia P. Bozeman
                              Virginia P. Bozeman (Fed. Bar No. 13476)
                              Lawrence E. Flynn III (Fed. Bar No. 14000)
                              1411 Gervais Street, Suite 300
                              Columbia, SC 29201
                              Phone: (803) 354-4900
                              Fax: (803) 354-4899
                              gbozeman@popeflynn.com
                              lflynn@popeflynn.com

                              **ATTORNEYS FOR GAFFNEY BPW**

---

[1] This statement must be filed and served. Local Rule 16.03, D.S.C. A separate statement and certification is required for each party represented.