IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Litchain Corp. and Gaffney Board of Public )<br>Works, )<br>)<br>Defendants. )<br>_____)<br>)<br>Gaffney Board of Public Works, )<br>)<br>Defendant/Counter and )<br>Cross Claimant, )<br>v. )<br>)<br>Blockquarry Corp. f/k/a ISW Holdings, Inc., )<br>)<br>Counterclaim Defendant, )<br>and )<br>)<br>Litchain Corp., )<br>)<br>Crossclaim Defendant. )<br>_____) | Civil Action No. 7:23-cv-01427-TMC<br><br>**CERTIFICATE OF CONSULTATION** |

Comes now Virginia P. Bozeman, attorney for Defendant/Counterclaimant/Crossclaimant, Gaffney Board of Public Works, South Carolina ("Gaffney BPW"), and pursuant to Local Civil Rule 7.02 of the U.S. District Court District of South Carolina, affirms that prior to filing the Motion for Leave to Deposit she conferred with opposing counsel by e-mail on Friday, July 7, 2023, to attempt in good faith to resolve the matter contained in said motion, and was unable to reach a resolution as to the relief sought in said motion.

|  |  |
|---|---|
|  | POPE FLYNN, LLC |
| July 12, 2023 | /s/ Virginia P. Bozeman |
|  | Virginia P. Bozeman (Fed. Bar No. 13476) |
|  | Lawrence E. Flynn III (Fed. Bar No. 14000) |
|  | 1411 Gervais Street, Suite 300 |
|  | Columbia, SC 29201 |
|  | Phone: (803) 354-4900 |
|  | Fax: (803) 354-4899 |
|  | gbozeman@popeflynn.com |
|  | lflynn@popeflynn.com |

**ATTORNEYS FOR GAFFNEY BPW**