# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Litchain Corp. and Gaffney Board of Public Works,<br><br>    Defendants.<br><hr>Gaffney Board of Public Works,<br><br>    Counter-/Cross-Claimant,<br><br>v.<br><br>Blockquarry Corp. f/k/a ISW Holdings, Inc., Counterclaim Defendant, and Litchain Corp., Crossclaim Defendant. | C/A No.: 7:23-cv-01427-TMC |

    The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties**

|  |  |
|---|---|
|  | Respectfully submitted, |
| July 13, 2023 | FOX ROTHSCHILD LLP |
|  | 2 W. Washington Street<br>Suite 1100<br>Greenville, SC 29601<br>Tel:   864.751.7600 |
| Greenville, South Carolina | */s/William A. Neinast*<br>R. Taylor Speer<br>Federal ID# 12267<br>tspeer@foxrothschild.com<br><br>William A. Neinast<br>Federal ID# 13172<br>wneinast@foxrothschild.com<br><br>**Attorneys for Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc.** |

POPE FLYNN, LLC

By: */s/ Virginia P. Bozeman*
Virginia P. Bozeman (Fed. Bar No. 13476)
1411 Gervais Street
Suite 300
Columbia, SC 29201
Phone: (803) 354-4947
Fax: (803) 354-4899
gbozeman@popeflynn.com

**Attorneys for Gaffney Board of Public Works**