# EXHIBIT A

7:23-cv-01427-TMC     Date Filed 08/21/23     Entry Number 52-1     Page 1 of 3



Suite 1100
2 W. Washington Street
Greenville, SC  29601
Tel 864.751.7600  Fax 864.751.7800
WWW.FOXROTHSCHILD.COM

R. TAYLOR SPEER
Direct No: 864.751.7665
Email: TSpeer@FoxRothschild.com

July 7, 2023

Litchain Corp.
3415 W. Lake Mary Boulevard
Suite 950702
Lake Mary, Florida 32795

   Re: Blockquarry Corp. f/k/a ISW Holdings, Inc. v. Litchain Corp. and Gaffney Board of Public Works
     C/A No.: 7:23-cv-01427-TMC
     In the District Court of the United States for the District of South Carolina, Spartanburg Division

Dear Litchain Corp.:

Enclosed please find a copy of the Summons being published in *The Gaffney Ledger*, pursuant to the June 22, 2023 order issued in the above-noted case.

Sincerely,

R. Taylor Speer
For Fox Rothschild LLP

Enclosure

A Pennsylvania Limited Liability Partnership

California Colorado Delaware District of Columbia Florida Georgia Illinois Minnesota Missouri Nevada
New Jersey New York North Carolina Pennsylvania South Carolina Texas Virginia Washington

# SUMMONS

SUMMONS AND NOTICE OF FILING OF COMPLAINT C/A NO: 7:23-cv-01427-TMC IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA SPARTANBURG DIVISION

Blockquarry Corp. f/k/a ISW Holdings, Inc., PLAINTIFF v. Litchain Corp. and Gaffney Board of Public Works, DEFENDANTS

TO DEFENDANT LITCHAIN CORP.: YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which is herewith served upon you, or otherwise appear and defend, and to serve a copy of your Answer to said Complaint upon the subscriber at his office, Fox Rothschild LLP, 2 W. Washington Street, Suite 1100, Greenville, SC 29601, within twenty-one (21) days after service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, or otherwise appear and defend, the Plaintiff in this action will apply to the Court for the relief demanded therein, and judgment by default will be rendered against you for the relief demanded in the Complaint. NOTICE OF FILING OF SUMMONS AND COMPLAINT TO THE DEFENDANTS ABOVE NAMED: YOU WILL PLEASE TAKE NOTICE that the foregoing Complaint was filed with the District Court of the United States for the District of South Carolina, on April 7, 2023, and Order allowing service by publication was entered June 22, 2023. Fox Rothschild LLP