# EXHIBIT B

**From:** Phyllis Wilson <wilson@gaffneyledger.com>
**Sent:** Tuesday, July 25, 2023 11:53 AM
**To:** Kolb, Karen <KKolb@foxrothschild.com>
**Subject:** [EXT] Re: Blockquarry Corp. f/k/a ISW Holdings, Inc. v. Litchain Corp. and Gaffney Board of Public Works

sorry, I looked back in your emails and didn't see where you said run it 3 times

i sent you proof and size and asked if you wanted to run it in Fri. paper

sorry, i guess I really messed up

It only ran 7/7

On 7/24/23 7:41 AM, Kolb, Karen wrote:

> Good morning, Phyllis. The Summons in the above-referenced matter was published in the Gaffney Ledger on July 7, July 14, and July 21. Please provide us with your Affidavit of Publication via email and send the signed original to us via U.S. Mail. Thank you so much for your assistance with this matter.
>
> **Karen Kolb**
> Client Service Specialist
> **Fox Rothschild LLP**
> 2 W. Washington St.
> Suite 1100
> Greenville, SC 29601-2784
> (864) 751-7728 - direct
> (864) 751-7800 - fax
> KKolb@foxrothschild.com
> www.foxrothschild.com
>
> This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

--
**Phyllis Wilson**

Classified Manager

The Gaffney Ledger

*I am in the office Tuesday - Friday 8 a.m.-12 p.m. If you need assistance outside of these hours, please call The Ledger office at 864-489-1131 (Monday-Thursday 8-5, Friday 8-3)*

1