# EXHIBIT C

# THE GAFFNEY LEDGER

1604 W. Floyd Baker Boulevard
P.O. Box 670 - Gaffney, SC 29342
864-489-1131 - FAX 864-487-7667
Email: wilson@gaffneyledger.com

## STATE OF SOUTH CAROLINA

## COUNTY OF CHEROKEE

Personally came before me, a Notary Public for State and County aforesaid, Phyllis Wilson for The Gaffney Ledger, Inc., a newspaper published in Gaffney, South Carolina, and on oath says that the above advertisement did appear in said newspaper, and that the clipping herewith attached and made a part of this affidavit is a true copy of said advertisement as it appeared in said newspaper on

July 7, 2023

_____
Phyllis Wilson

Sworn to before me this

7th day of July 2023

_____
Notary Public for South Carolina

**SUMMONS**

SUMMONS AND NOTICE OF FILING OF COMPLAINT C/A NO: 7:23-cv-01427-TMC IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA SPARTANBURG DIVISION

Blockquarry Corp. f/k/a ISW Holdings, Inc., PLAINTIFF v. Litchain Corp. and Gaffney Board of Public Works, DEFENDANTS
TO DEFENDANT LITCHAIN CORP.: YOU ARE HEREBY SUMMONED and required to answer the Complaint herein, a copy of which is herewith served upon you, or otherwise appear and defend; and to serve a copy of your Answer to said Complaint upon the subscriber at his office, Fox Rothschild LLP, 2 W. Washington Street, Suite 1100, Greenville, SC 29601, within twenty-one (21) days after service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, or otherwise appear and defend, the Plaintiff in this action will apply to the Court for the relief demanded therein, and judgment by default will be rendered against you for the relief demanded in the Complaint. NOTICE OF FILING OF SUMMONS AND COMPLAINT TO THE DEFENDANTS ABOVE NAMED: YOU WILL PLEASE TAKE NOTICE that the foregoing Complaint was filed with the District Court of the United States for the District of South Carolina, on April 7, 2023, and Order allowing service by publication was entered June 22, 2023. Fox Rothschild LLP