# EXHIBIT D

# Kolb, Karen

| | |
|---|---|
| **From:** | Kolb, Karen |
| **Sent:** | Wednesday, July 26, 2023 8:58 AM |
| **To:** | Phyllis Wilson |
| **Cc:** | Placey, Sean; Speer, R. Taylor |
| **Subject:** | RE: [EXT] Re: Blockquarry Corp. f/k/a ISW Holdings, Inc. v. Litchain Corp. and Gaffney Board of Public Works |

Good morning, Phyllis. To confirm our telephone conversation this morning, we want the notice for the above-referenced matter that was run on Friday, July 7, 2023, to be published again on Friday, July 28, and the next two following Fridays, August 4 and August 11. It is my understanding that the fee for publication of the notice will be $189. Please provide me with a receipt so I can submit to our accounting department and provide us with an Affidavit of Publication at the end of the three-week publication which will be on August 11. Thank you for your assistance with this matter. Do not hesitate to let me know if you have any questions.

**Karen Kolb**
Client Service Specialist
**Fox Rothschild LLP**
2 W. Washington St.
Suite 1100
Greenville, SC 29601-2784
(864) 751-7728 - direct
(864) 751-7800 - fax
KKolb@foxrothschild.com
www.foxrothschild.com

**From:** Phyllis Wilson <wilson@gaffneyledger.com>
**Sent:** Tuesday, July 25, 2023 11:53 AM
**To:** Kolb, Karen <KKolb@foxrothschild.com>
**Subject:** [EXT] Re: Blockquarry Corp. f/k/a ISW Holdings, Inc. v. Litchain Corp. and Gaffney Board of Public Works

sorry, I looked back in your emails and didn't see where you said run it 3 times

i sent you proof and size and asked if you wanted to run it in Fri. paper

sorry, i guess I really messed up

It only ran 7/7

On 7/24/23 7:41 AM, Kolb, Karen wrote:

> Good morning, Phyllis. The Summons in the above-referenced matter was published in the Gaffney Ledger on July 7, July 14, and July 21. Please provide us with your Affidavit of Publication via email and send the signed original to us via U.S. Mail. Thank you so much for your assistance with this matter.

1

**Karen Kolb**
Client Service Specialist
**Fox Rothschild LLP**
2 W. Washington St.
Suite 1100
Greenville, SC 29601-2784
(864) 751-7728 - direct
(864) 751-7800 - fax
KKolb@foxrothschild.com
www.foxrothschild.com


This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

--
**Phyllis Wilson**

Classified Manager

The Gaffney Ledger

*I am in the office Tuesday - Friday 8 a.m.-12 p.m. If you need assistance outside of these hours, please call The Ledger office at 864-489-1131 (Monday-Thursday 8-5, Friday 8-3)*

2