# EXHIBIT F



Suite 1100
2 W. Washington Street
Greenville, SC 29601
Tel 864.751.7600  Fax 864.751.7800
WWW.FOXROTHSCHILD.COM

R. TAYLOR SPEER
Direct No: 864.751.7665
Email: TSpeer@FoxRothschild.com

July 12, 2023

Litchain Corp.
3415 W. Lake Mary Boulevard
Suite 950702
Lake Mary, Florida 32795

    Re:    Blockquarry Corp. f/k/a ISW Holdings, Inc. v. Litchain Corp. and Gaffney Board of Public Works
C/A No.: 7:23-cv-01427-TMC
In the District Court of the United States for the District of South Carolina, Spartanburg Division

Dear Litchain Corp.:

Enclosed please find a copy of the Summons being published in *The Sanford Herald*, pursuant to the June 22, 2023, order issued in the above-noted case and Fl. Stat. §49.011 et seq.

Sincerely,

R. Taylor Speer
For Fox Rothschild LLP

Enclosure

A Pennsylvania Limited Liability Partnership

California  Colorado  Delaware  District of Columbia  Florida  Georgia  Illinois  Minnesota  Missouri  Nevada
New Jersey  New York  North Carolina  Pennsylvania  South Carolina  Texas  Virginia  Washington

NOTICE OF ACTION — C/A NO: 7:23-cv-01427-TMC
IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA SPARTANBURG DIVISION

Blockquarry Corp. f/k/a ISW Holdings, Inc., PLAINTIFF v. Litchain Corp. and Gaffney Board of Public Works, DEFENDANTS

TO DEFENDANT LITCHAIN CORP., an active Florida corporation: YOU ARE HEREBY NOTIFIED that an action for compensatory, injunctive, and declaratory relief has been filed against you in United States District Court for the District of South Carolina, on April 7, 2023, and you are required to serve a copy of your written defenses, if any, on R. Taylor Speer, attorney for Plaintiff, at his office, Fox Rothschild LLP, 2 W. Washington Street, Suite 1100, Greenville, SC 29601, and file the original with the Clerk of the above-captioned court within twenty-eight (28) days after service hereof; otherwise a default judgment may be entered against you for the relief prayed for in the complaint. This notice shall be published once a week for four consecutive weeks.

Entered at the direction of the court.

s/Robin L. Blume
Clerk of Court, District of South Carolina

## Kolb, Karen

| | |
|---|---|
| From: | SCDEfilingstat@scd.uscourts.gov |
| Sent: | Friday, July 7, 2023 10:38 AM |
| To: | scd_ecf_nef@scd.uscourts.gov |
| Subject: | [EXT] Activity in Case 7:23-cv-01427-TMC Blockquarry Corp v. Litchain Corp et al Notice Other |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 7/7/2023 at 10:37 AM EDT and filed on 7/7/2023
**Case Name:**         Blockquarry Corp v. Litchain Corp et al
**Case Number:**       7:23-cv-01427-TMC
**Filer:**
**Document Number:** 41

**Docket Text:**
**NOTICE of ACTION re [37] Order on Motion for Service by Publication. (kmca)**

**7:23-cv-01427-TMC Notice has been electronically mailed to:**

R Taylor Speer     tspeer@foxrothschild.com, kkolb@foxrothschild.com

William Alexander Neinast     wneinast@foxrothschild.com, kkolb@foxrothschild.com, lrussell@foxrothschild.com

Virginia Patterson Bozeman     gbozeman@popeflynn.com, agould@popeflynn.com

Lawrence E Flynn, III     lflynn@popeflynn.com

**7:23-cv-01427-TMC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

1

NOTICE OF ACTION —
C/A NO: 7:23-cv-01427-TMC
IN THE DISTRICT COURT OF
THE UNITED STATES FOR
THE DISTRICT OF SOUTH
CAROLINA SPARTANBURG
DIVISION

Blockquarry Corp. f/k/a ISW Holdings, Inc., PLAINTIFF v. Litchain Corp. and Gaffney Board of Public Works, DEFENDANTS

TO DEFENDANT LITCHAIN CORP., an active Florida corporation: YOU ARE HEREBY NOTIFIED that an action for compensatory, injunctive, and declaratory relief has been filed against you in United States District Court for the District of South Carolina, on April 7, 2023, and you are required to serve a copy of your written defenses, if any, on R. Taylor Speer, attorney for Plaintiff, at his office, Fox Rothschild LLP, 2 W. Washington Street, Suite 1100, Greenville, SC 29601, and file the original with the Clerk of the above-captioned court within twenty-eight (28) days after service hereof; otherwise a default judgment may be entered against you for the relief prayed for in the complaint. This notice shall be published once a week for four consecutive weeks.

Entered at the direction of the court.

s/Robin L. Blume
Clerk of Court,
District of South Carolina

Publish: July 12, 19, 26, August 2, 2023
PROOF