# EXHIBIT G

# Sanford Herald

Published Twice Weekly
Sanford, Seminole County, FL

**STATE OF FLORIDA**
**COUNTY OF SEMINOLE**

Before the undersigned authority personally appeared Scott Gabbey, who on oath says that he is the legal advertising specialist for Sanford Herald, a twice weekly newspaper published by Sanford Herald, LLC at Sanford, in Seminole County, Florida, that the attached copy of the advertisement,

being a _Notice of Action_

_____ in the matter of

_Blockquarry Corp. vs. Litchain Corp._

_____

_____ in the _District_ Court,

was published in said newspaper in the issues of _____

_July 12, 19, 26, Aug. 2, 2023_

Affiant further says that said Sanford Herald is a newspaper published by Sanford Herald LLC at Sanford, in said Seminole County, Florida, and that the said newspaper has heretofore been continuously published in said Seminole County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

_____
(Signature of Affiant)

Sworn to and subscribed before me this _2nd_

day of _August_, 20 _23_

_____
(Signature of Notary Public)

Personally Known or Produced Identification _____

> **Notary Public State of Florida**
> **Thomas E Vincent**
> My Commission  HH 382967
> Expires 6/12/2027

---

**NOTICE OF ACTION —**
**C/A NO: 7:23-cv-01427-TMC**
**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA SPARTANBURG DIVISION**

Blockquarry Corp. f/k/a ISW Holdings, Inc., PLAINTIFF v. Litchain Corp. and Gaffney Board of Public Works, DEFENDANTS

TO DEFENDANT LITCHAIN CORP., an active Florida corporation: YOU ARE HEREBY NOTIFIED that an action for compensatory, injunctive, and declaratory relief has been filed against you in United States District Court for the District of South Carolina, on April 7, 2023, and
you are required to serve a copy of your written defenses, if any, on R. Taylor Speer, attorney for Plaintiff, at his office, Fox Rothschild LLP, 2 W. Washington Street, Suite 1100, Greenville, SC 29601, and file the original with the Clerk of the above-captioned court within twenty-eight (28) days after service hereof; otherwise a default judgment may be entered against you for the relief prayed for in the complaint. This notice shall be published once a week for four consecutive weeks.

Entered at the direction of the court.

s/Robin L. Blume
Clerk of Court,
District of South Carolina

Publish: July 12, 19, 26, August 2, 2023
G021