IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | C/A No.: 7:23-cv-01427-TMC |
| Plaintiff, | |
| v. | |
| Litchain Corp. and Gaffney Board of Public Works, | |
| Defendants. | **PLAINTIFF'S NOTICE OF FILING** |
| Gaffney Board of Public Works, | |
| Counter-/Cross-Claimant, | |
| v. | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., Counterclaim Defendant, and Litchain Corp., Crossclaim Defendant. | |

See attached Affidavit of Publication for filing.

*Signature Page to Follow*

Respectfully submitted,

August 21, 2023                              FOX ROTHSCHILD LLP

                                            2 W. Washington Street
                                            Suite 1100
                                            Greenville, SC 29601
                                            Tel:   864.751.7600

Greenville, South Carolina                  */s/William A. Neinast*
                                            R. Taylor Speer
                                            Federal ID# 12267
                                            tspeer@foxrothschild.com

                                            William A. Neinast
                                            Federal ID# 13172
                                            wneinast@foxrothschild.com

                                            *Attorneys for Blockquarry Corp. f/k/a ISW Holdings, Inc.*