IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Litchain Corp. and Gaffney Board of Public Works, <br><br> Defendants. | C/A No.: 7:23-cv-01427-TMC |
| Gaffney Board of Public Works, <br><br> Counter-/Cross-Claimant, <br><br> v. <br><br> Blockquarry Corp. f/k/a ISW Holdings, Inc., Counterclaim Defendant, and Litchain Corp., Crossclaim Defendant. | **PLAINTIFF'S NOTICE OF FILING** |

See attached Affidavit of Publication for filing.

*Signature Page to Follow*

|  | Respectfully submitted, |
|---|---|
| August 21, 2023 | FOX ROTHSCHILD LLP |
|  | 2 W. Washington Street<br>Suite 1100<br>Greenville, SC 29601<br>Tel: 864.751.7600 |
| Greenville, South Carolina | */s/William A. Neinast*<br>R. Taylor Speer<br>Federal ID# 12267<br>tspeer@foxrothschild.com |
|  | William A. Neinast<br>Federal ID# 13172<br>wneinast@foxrothschild.com |
|  | *Attorneys for Blockquarry Corp. f/k/a ISW Holdings, Inc.* |