# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | ) |
| Plaintiff, | ) |
| v. | ) |
| Litchain Corp. and Gaffney Board of Public Works, | ) |
| Defendants. | ) Civil Action No. 7:23-cv-01427-TMC |
| Gaffney Board of Public Works, | ) |
| Defendant/Counter and Crossclaimant, | ) |
| v. | ) |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| Litchain Corp., | ) |
| Crossclaim Defendant. | ) |

## SUMMONS IN A CIVIL ACTION

To: (Crossclaim Defendant)   Litchain Corp.
c/o Tony Tate, Registered Agent
118 1/2 Willis Plaza
Gaffney, South Carolina 29340

    A lawsuit has been filed against you and Defendant/Crossclaimant Gaffney Board of Public Works. Defendant/Crossclaimant Gaffney Board of Public Works is making crossclaims against you for interpleader, in the nature of interpleader, breach of contract, and declaratory judgment.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Plaintiff and on the Defendant/Crossclaimant an answer to the Amended Cross-Complaint herein served upon you, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Defendant/Crossclaimant or Defendant/Crossclaim Defendant's attorney at the below address:

Virginia P. Bozeman
Lawrence E. Flynn III
1411 Gervais Street, Suite 300
Columbia, SC 29201

It must also be served on the Plaintiff or Plaintiffs' attorneys, whose name and address are:

R. Taylor Speer
William A. Neinast
2 W. Washington Street
Suite 1100
Greenville, SC 29601

This Amended Cross-Complaint is herewith served upon you via publication, and if you fail to respond within the aforesaid period of time, judgment by default will be entered against you for the relief demanded in the Amended Cross-Complaint.  You must also file your answer or motion with the court.

NOTICE OF FILING OF THE AMENDED CROSS-COMPLAINT TO THE ABOVE NAMED CROSSCLAIM DEFENDANT: YOU WILL PLEASE TAKE NOTICE THAT THE FOREGOING Amended Cross-Complaint was filed with the District Court of the United States for the District of South Carolina on May 22, 2023, and Order allowing service by publication was entered August 24, 2023.

*CLERK OF COURT*

Date: September 07, 2023



s/Angela Lewis, Deputy Clerk

*Signature of Clerk of Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: