NOTICE OF ACTION — C/A NO: 7:23-cv-01427-TMC
IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA SPARTANBURG DIVISION

Blockquarry Corp. f/k/a ISW Holdings, Inc., PLAINTIFF v. Litchain Corp. and Gaffney Board of Public Works, DEFENDANTS/ Gaffney Board of Public Works, DEFENDANT/COUNTER AND CROSSCLAIMANT v. Blockquarry Corp. f/k/a ISW Holdings, Inc., COUNTERCLAIM DEFENDANT, and Litchain Corp., CROSSCLAIM DEFENDANT.

TO CROSSCLAIM DEFENDANT LITCHAIN CORP., an active Florida corporation: YOU ARE HEREBY NOTIFIED that an Amended Cross-Complaint, the nature of said action is for compensatory and declaratory relief, has been filed against you in United States District Court for the District of South Carolina, on May 22, 2023, and you are required to serve a copy of your written defenses, if any, on Virginia Patterson Bozeman, attorney for Crossclaimant, at her office, Pope Flynn, LLC, 1411 Gervais Street, Suite 300, Columbia SC 29201, and file the original with the Clerk of the above-captioned court within twenty-eight (28) days after service hereof; otherwise a default judgment may be entered against you for the relief prayed for in the cross-complaint. This notice shall be published once a week for four consecutive weeks.

Entered at the direction of the court.

s/ Robin M. Blume, Clerk
_____
Clerk of Court, District of South Carolina

