

**Pope Flynn, LLC**
1411 Gervais Street, Suite 300
Post Office Box 11509 (29211)
Columbia, SC 29201

MAIN 803.354.4900
FAX 803.354.4899
www.popeflynn.com

September 7, 2023

VIA CERTIFIED AND FIRST CLASS MAIL
70220410000217678690

Litchain Corp.
c/o Tony Tate, Registered Agent
118 ½ Willis Plaza
Gaffney, SC 29340

Re: Blockquarry Corp. v. Litchain Corp., et al and Gaffney Board of Public Works v. Blockquarry Corp. and Litchain Corp.
Case No. 7:23-cv-01427-TMC

Dear Mr. Tate:

    Enclosed please find the Summons in a civil action and Notice of Action issued today in the above-referenced case. The Amended Cross-Complaint being served via this Summons is also enclosed. Please note that you have 21 days from your receipt to file an answer.

Sincerely,

Virginia P. Bozeman
Attorneys for Gaffney Board of Public Works

Enclosures