# Sanford Herald

Published Twice Weekly
Sanford, Seminole County, FL

## STATE OF FLORIDA
## COUNTY OF SEMINOLE

Before the undersigned authority personally appeared Scott Gabbey, who on oath says that he is the legal advertising specialist for Sanford Herald, a twice weekly newspaper published by Sanford Herald, LLC at Sanford, in Seminole County, Florida, that the attached copy of the advertisement,

being a _Notice of Action_

in the matter of _Blockquarry Corp. v Litchain Corp._

in the _District_ Court,

was published in said newspaper in the issues of _Sept. 13, 20, 27, Oct. 4, 2023'_

Affiant further says that said Sanford Herald is a newspaper published by Sanford Herald LLC at Sanford, in said Seminole County, Florida, and that the said newspaper has heretofore been continuously published in said Seminole County, Florida, twice weekly and has been entered as periodicals matter at the post office in Sanford, in said Seminole County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

(Signature of Affiant)

Sworn to and subscribed before me this _4th_ day of _October_, 20_23'_

(Signature of Notary Public)

Personally Known or Produced Identification ✓

Notary Public State of Florida
Thomas E Vincent
My Commission HH 382967
Expires 6/12/2027

---

**NOTICE OF ACTION —**
C/A NO: 7:23-cv-01427-TMC
IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA SPARTANBURG DIVISION

Blockquarry Corp. f/k/a ISW Holdings, Inc., PLAINTIFF v. Litchain Corp. and Gaffney Board of Public Works, DEFENDANTS/ Gaffney Board of Public Works, DEFENDANT / COUNTER AND CROSS-CLAIMANT v. Blockquarry Corp. f/k/a ISW Holdings, Inc., COUNTERCLAIM DEFENDANT, and Litchain Corp., CROSSCLAIM DEFENDANT.

TO CROSSCLAIM DEFENDANT LITCHAIN CORP., an active Florida corporation: YOU ARE HEREBY NOTIFIED that an Amended Cross-Complaint, the nature of said action is for compensatory and declaratory relief, has been filed against you in United States District Court for the District of South Carolina, on May 22, 2023, and you are required to serve a copy of your written defenses, if any, on Virginia Patterson Bozeman, attorney for Crossclaimant, at her office, Pope Flynn, LLC, 1411 Gervais Street, Suite 300, Columbia SC 29201, and file the original with the Clerk of the above-captioned court within twenty-eight (28) days after service hereof; otherwise a default judgment may be entered against you for the relief prayed for in the cross-complaint. This notice shall be published once a week for four consecutive weeks.

Entered at the direction of the court.

s/Robin M. Blume, Clerk
Clerk of Court, District of South Carolina

Publish: September 13, 20, 27, October 4, 2023
l067