

Pope Flynn, LLC
1411 Gervais Street, Suite 300
Post Office Box 11509 (29211)
Columbia, SC 29201

MAIN 803.354.4900
FAX 803.354.4899
www.popeflynn.com

October 6, 2023

*VIA: USPS*

Litchain Corp., c/o Tony Tate
Registered Agent
118 ½ Willis Plaza
Gaffney, SC 29340

Litchain Corp.
3415 W. Lake Mary Boulevard
Suite 950702
Lake Mary, Florida, 32795

Re: Blockquarry v. Litchain Corp., et seq., Civil Action No. 7:23-cv-01427-TMC.

Dear Mr. Tate:

    Enclosed please find the Summons, Notice of Action, Affidavit of Publication in *The Gaffney Ledger*, Affidavit of Publication in the *Sanford Herald*, and Amended Cross-Complaint, all of which have been filed in this action. Per the affidavits, Litchain has been served with this Amended Cross-Complaint by publication in both South Carolina and Florida.

    Please note that if an answer is not filed by Litchain within the requisite period of time, the Court may enter a default judgment against Litchain in favor of Gaffney BPW.

Thank you.

                          Sincerely,

                          Virginia P. Bozeman

Enclosures