# THE GAFFNEY LEDGER

1604 W. Floyd Baker Boulevard
P.O. Box 670 - Gaffney, SC 29342
864-489-1131 - FAX 864-487-7667
Email: wilson@gaffneyledger.com

## STATE OF SOUTH CAROLINA

## COUNTY OF CHEROKEE

Personally came before me, a Notary Public for State and County aforesaid, Phyllis Wilson for The Gaffney Ledger, Inc., a newspaper published in Gaffney, South Carolina, and on oath says that the above advertisement did appear in said newspaper, and that the clipping herewith attached and made a part of this affidavit is a true copy of said advertisement as it appeared in said newspaper on

September 11, 18 & 25 2023

_Phyllis Wilson_
Phyllis Wilson

Sworn to before me this

25th     day of Sept 2023

Notary Public for South Carolina

**UNITED STATES** DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
Civil Action No. 7:23-cv-01427-TMC
Blockquarry Corp. f/k/a ISW Holdings, Inc.,
Plaintiff,

v.

Litchain Corp. and Gaffney Board of Public
Works,
Defendants.
Gaffney Board of Public Works,
Defendant/Counter and
Crossclaimant,

v.

Blockquarry Corp. f/k/a ISW Holdings, Inc.,
Counterclaim Defendant,
and
Litchain Corp.,
Crossclaim Defendant.
SUMMONS
IN A CIVIL ACTION
To: (Crossclaim Defendant
Litchain Corp.
c/o Tony Tate,
Registered Agent
118 1/2 Willis Plaza
Gaffney, South Carolina 29340
A lawsuit has been filed against you and Defendant/Crossclaimant Gaffney Board of Public Works. Defendant/Crossclaimant Gaffney Board of Public Works is making crossclaims against you for interpleader, in the nature of interpleader, breach of contract, and declaratory judgment.
Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Plaintiff and on the Defendant/Crossclaimant an answer to the Amended Cross-Complaint herein served upon you, or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Defendant/Crossclaimant or Defendant/Crossclaim Defendant's attorney at the below address:
Virginia P. Bozeman
Lawrence E. Flynn III
1411 Gervais Street, Suite 300
Columbia, SC 29201
It must also be served on the Plaintiff or Plaintiffs' attorneys, whose name and address are:
R. Taylor Speer
William A. Neinast
2 W. Washington Street
Suite 1100
Greenville, SC 29601
This Amended Cross-Complaint is herewith served upon you via publication, and if you fail to respond within the aforesaid period of time, judgment by default will be entered against you for the relief demanded in the Amended Cross-Complaint. You must also file your answer or motion with the court.
NOTICE OF FILING OF THE AMENDED CROSS-COMPLAINT TO THE ABOVE NAMED CROSSCLAIM DEFENDANT: YOU WILL PLEASE TAKE NOTICE THAT THE FOREGOING Amended Cross-Complaint was filed with the District Court of the United States for the District of South Carolina on May 22, 2023, and Order allowing service by publication was entered August 24, 2023.
Date: September 7, 2023
CLERK OF COURT
s/Angela Lewis, Deputy Clerk
Signature of Clerk of Deputy Clerk
Published: September 11, 18 & 25, 2023