# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | Civil Action No. 7:23-cv-01427-TMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF SERVICE BY** |
| ) | **PUBLICATION ON CROSSCLAIM** |
| Litchain Corp. and Gaffney Board of Public ) | **DEFENDANT, LITCHAIN CORP., IN** |
| Works, ) | **THE SANFORD HERALD, AND OF** |
| ) | **FILING THE AFFIDAVIT OF** |
| Defendants. ) | **PUBLICATION** |
| ) | |
| ) | |
| Gaffney Board of Public Works, ) | |
| ) | |
| Defendant/Counter and ) | |
| Crossclaimant, ) | |
| v. ) | |
| ) | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | |
| ) | |
| Counterclaim Defendant, ) | |
| and ) | |
| ) | |
| Litchain Corp., ) | |
| ) | |
| Crossclaim Defendant. ) | |
| ) | |

      Comes now Crossclaimant, Gaffney Board of Public Works, South Carolina ("Gaffney BPW"), and provides this notice to the Court that it has perfected service of its Amended Cross-Complaint on Crossclaim Defendant, Litchain Corp., via publication in the *Sanford Herald* on September 13, 20, 27, and October 4, 2023, as authorized by this Court in its text order dated August 24, 2023 (ECF No. 56) and in compliance with Florida Statutes Sections 49.08 through 49.12. The steps taken to secure this service have been outlined in the separately filed verified status report dated October 6. 2023. (ECF No. 65).

Gaffney BPW additionally provides this Court with notice that the Affidavit of Publication provided by the *Sanford Herald* confirming the dates of publication and details of the summons and notice of action published has been filed as Exhibit 1 hereto and as an exhibit to the aforementioned verified status report.

                                        Respectfully submitted,

                                        POPE FLYNN, LLC

October 6, 2023               By:    /s/ Virginia P. Bozeman
                                                Virginia P. Bozeman (Fed. Bar No. 13476)
                                                Lawrence E. Flynn III (Fed. Bar No. 14000)
                                                1411 Gervais Street, Suite 300
                                                Columbia, SC 29201
                                                Phone: (803) 354-4900
                                                Fax: (803) 354-4899
                                                gbozeman@popeflynn.com
                                                lflynn@popeflynn.com

                                                **ATTORNEYS FOR GAFFNEY BPW**