IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Litchain Corp. and Gaffney Board of Public Works, <br><br> Defendants. | C/A No.: 7:23-cv-01427-TMC |
| Gaffney Board of Public Works, <br><br> Counter-/Cross-Claimant, <br><br> v. <br><br> Blockquarry Corp. f/k/a ISW Holdings, Inc., Counterclaim Defendant, and Litchain Corp., <br><br> Crossclaim-Defendant. | **JOINT NOTICE <br> OF WITHDRAWING MOTIONS** |

Plaintiff and Crossclaim-Defendant Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry") and Defendant and Counter-/Cross-Claimant Gaffney Board of Public Works ("Gaffney BPW") file this joint notice of withdrawing certain motions as moot.

1. On November 2, 2023, Blockquarry and Gaffney BPW filed a joint stipulation of dismissal with prejudice of their respective claims against each other. (ECF No. 73, "Dismissal".)

2. Given the Dismissal, the following motions are moot: Blockquarry's emergency motion for temporary restraining order and preliminary injunction (ECF No. 7) and Gaffney BPW's motion for leave to deposit (ECF No. 42).

3. Blockquarry and Gaffney BPW, therefore, withdraw the same.

2

Respectfully submitted on November 16, 2023,

| FOX ROTHSCHILD LLP | POPE FLYNN, LLC |
|---|---|
| 2 W. Washington Street<br>Suite 1100<br>Greenville, SC 29601<br>Tel: 864.751.7600 | 1411 Gervais Street<br>Suite 300<br>Columbia, SC 29201<br>Tel. 803.354.4900 |
| /s/ R. Taylor Speer<br>R. Taylor Speer (Fed. Bar No. 12267)<br>tspeer@foxrothschild.com | /s/ Virginia P. Bozeman<br>Virginia P. Bozeman (Fed. Bar No. 13476)<br>gbozeman@popeflynn.com |
| | Lawrence E. Flynn III (Fed. Bar No. 14000)<br>lflynn@popeflynn.com |
| *Attorneys for Blockquarry Corp. f/k/a ISW Holdings, Inc.* | *Attorneys for Gaffney Board of Public Works* |