AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Gaffney Board of Public Works | ) | |
| Crossclaimant | ) | |
| v. | ) | Civil Action No.    7:23-cv-1427-TMC |
| Litchain Corp. | ) | |
| Crossclaim Defendant | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the crossclaimant Gaffney Board of Public Works          recover from the crossclaim defendant Litchain Corp.

as to Count V of its Amended Answer to Plaintiff's Complaint and Amended Counterclaim and Amended

Crossclaim for Interpleader, Declaratory Judgment, and Breach of Contract the sum certain amount of Twelve

Thousand Seven Hundred Eighteen dollars and 64/100          dollars ($ 12,718.64  ), plus post-judgment interest in the

amount of 4.88%.

Date:   December 28, 2023                    *CLERK OF COURT*

                                 S/Angela Lewis, Deputy Clerk
                                 *Signature of Clerk or Deputy Clerk*