IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Litchain Corp. and Gaffney Board of Public Works, <br><br> Defendants. | C/A No.: 7:23-cv-01427-TMC |
| Gaffney Board of Public Works, <br><br> Counter-/Cross-Claimant, <br><br> v. <br><br> Blockquarry Corp. f/k/a ISW Holdings, Inc., Counterclaim Defendant, and Litchain Corp., <br><br> Crossclaim-Defendant. | **DECLARATION OF *SHAWN VAUGHT*** |

Pursuant to 28 U.S.C. § 1746, Shawn Vaught declares as follows:

1. I am over the age of eighteen years and competent to testify in the instant case.

2. I was retained by Pantheon Financial Management, LLC ("Pantheon") to assist in the removal of Bitcoin mining equipment from real property located at 150 Hyatt Street, Gaffney, South Carolina (the "Premises"). I am informed that Pantheon' affiliate was previously retained by Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry") for this same purpose and that the Premises relates to the same real property at issue in this litigation and owned by Defendant Gaffney Board of Public Works (the "Utility").

3. On certain dates in October and November 2023, I was present on the Premises to assist with the removal of Bitcoin mining equipment. All of the equipment removed from the Premises was transported to real property that I own located in Plaski County, Missouri near the city of Crocker (the "Crocker Site"). This equipment included (20) forty-foot shipping containers, numbered one through twenty ("container" or, collectively, containers"), with Bitcoin mining servers installed within them.[1]

4. On or about December 21, 2023, I was provided a copy of an affidavit signed by Donnie Hardin (sometimes "Hardin Affidavit"). I am informed the Hardin Affidavit was filed and is maintained in the docket of this case as ECF No. 26-1.

5. In the affidavit, Mr. Hardin avers he is the 'general manager' of the Utility and that, as of May 23, 2023 (the date of signature), four entities claimed the right to possess miners installed in the pods located on the Premises. The affidavit attaches, as exhibits, inventories purportedly provided to the Utility by three of the entities claiming a right to possess those miners—*i.e.*, Blockquarry, Bitmain, and BEEQB, LLC. The inventories identify each claimed miner by serial number.

6. During January 2024, Pantheon performed an inventory of every Bitcoin mining server (commonly and hereinafter, "miners") installed in the containers. The inventory process was directed and supervised by me, on behalf of Blockquarry (sometimes, the "Blockquarry Inventory").

7. The results of the Blockquarry Inventory reveal anomalies, including that the inventory attached to Hardin Affidavit as Exhibit 1 (purportedly Bitmain's miners) is incorrect. For example, the miners with the serial numbers in the document attached hereto as *Exhibit 1*, are

---

[1] Containers numbered 11 and 12 were subsequently moved to a different location.

not present in *any* container removed from the Premises. Exhibit 1 was prepared under my supervision and direction. It identifies serial numbers of miners that were identified in Exhibit 1 of the Hardin Affidavit, but that are *not* present in any container removed from the Premises and, consequently, not present on the Premises when Blockquarry removed the containers.

*[signature page follows]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

| AFFIRMATION | SHAWN VAUGHT |
|---|---|
| Sworn before me on the 12th day of January 2024.<br><br>*/s/ Shelly J. Sloan*<br><br>Notary Public for Pulaski County<br><br>My Commission expires: 06-04-2026<br><br>[seal] SHELLY J. SLOAN<br>Notary Public - Notary Seal<br>STATE OF MISSOURI<br>Pulaski County<br>Commission # 14432806<br>My Commission Expires: 06-04-2026 | */s/ Shawn Vaught*<br><br>Shawn Vaught, in his capacity as contractor of Pantheon Financial Management, LLC<br><br>Executed on January 12, 2024. |

4

| POD 1 | POD 2 | POD 3 | POD 4 | POD 5 | POD 6 | POD 7 |
|---|---|---|---|---|---|---|
| YNAHD4CBBJAJI0CV9 | YNAHD4CBBJABE0CKW | YNAHD4CBBJABE0DWB | YNAHD4CBBJAJI032P | NGSBD4CBAAAJA0125 | TWJQD4CBBJABJ0298 | YNAHD4CBBJABE09PY |
| YNAHD4CBBJAJI03JR | TWJQD4CBAABAH00FH | YNAHD4"CBBJABE0!FM | YNAHD4CBBJBAD043W | KPMID4CBAAAJA5028 | KPMID4CBAAAJB9397 | YNAHD4CBBJABE09DE |
| YNAHD4CBBJAJI05ZC | YNAHD4CBBJAJI03MN | YNAHD4CBBJAJI034G | YNAHD4CBBJABE018V | KPMID4CBAABJA0030 | YNAHD4CBBJAJI0E0H | YNAHD4CBBJABE0H5S |
| YNAHD4CBBJAJI0CWD | TWJQD4CBAABAH00GD | | YNAHD4CBBJABE0196 | KPMID4CBAAAJB1759 | YNAHD4CBBJAJI0BKJ | YNAHD4CBBJABE0E5F |
| YNAHD4CBBJAJI0CW5 | TWJQD4CBBJABJ06TH | | YNAHD4CBBJABE0DL7 | KPMID4CBAAAJA8852 | YNAHD4CBBJAJI0C74 | YNAHD4CBBJABE0H8G |
| YNAHD4CBBJAJI0694 | TWJQD4CBAABAH00G3 | | YNAHD4CBBJABE0DXB | KPMID4CBAAAJA2719 | YNAHD4CBBJAJI0C6P | YNAHD4CBBJABE00XW |
| YNAHD4CBBJAJI061S | TWJQD4CBAABAH00ZA | | YNAHD4CBBJAJI0JSB | KPMID4CBAAAJB8640 | YNAHD4CBBJABE0DJB | YNAHD4CBBJAJI0K3T |
| YNAHD4CBBJAJI0BYR | TWJQD4CBBJABJ06TC | | YNAHD4CBBJAJI0JSS | KPMID4CBAAAJA5405 | TWJQD4CBBJABJ042S | YNAHD4CBBJABE01EK |
| YNAHD4CBBJAJI06GZ | YNAHD4CBBJAJI0CAX | | YNAHD4CBBJABE0F8S | KPMID4CBAAAJA6890 | YNAHD4CBBJAJI0F8Y | YNAHD4CBBJAJI0CA5 |
| YNAHD4CBBJABE0FJL | YNAHD4CBBJAJI03MX | | YNAHD4CBBJABE01AA | KPMID4CBAAAJB3892 | YNAHD4CBBJBAD02JY | YNAHD4CBBJABE01FM |
| YNAHD4CBBJABE0B6E | YNAHD4CBBJAJI06HK | | YNAHD4CBBJABE0FPY | KPMID4CBAAAJA4260 | YNAHD4CBBJAJI0CAH | |
| YNAHD4CBBJAJI06H7 | YNAHD4CBBJAJI0EV2 | | YNAHD4CBBJABE0FL5 | KPMID4CBAAAJA8850 | YNAHD4CBBJAJI0HJA | |
| YNAHD4CBBJAJI0635 | YNAHD4CBBJAJI061L | | YNAHD4CBBJABE00W9 | KPMID4CBAAAJB3711 | TWJQD4CBBJABJ0492 | |
| YNAHD4CBBJAJI05HC | YNAHD4CBBJABE054L | | YNAHD4CBBJABE018N | YNAHD4CBBJAJI0DDE | YNAHD4CBBJAJI0HE8 | |
| YNAHD4CBBJAJI06GH | YNAHD4CBBJAJI0BZ7 | | YNAHD4CBBJABE0195 | YNAHD4CBBJABE04VA | | |
| YNAHD4CBBJAJI0BVV | YNAHD4CBBJAJI0258 | | YNAHD4CBBJABE018S | YNAHD4CBBJABE04CB | | |
| YNAHD4CBBJAJI0CY0 | YNAHD4CBBJAJI05JK | | YNAHD4CBBJABE01AM | YNAHD4CBBJABE04SK | | |
| YNAHD4CBBJAJI0G10 | YNAHD4CBBJABE06XM | | | YNAHD4CBBJABE0427 | | |
| YNAHD4CBBJAJI03JZ | YNAHD4CBBJAJI0D2P | | | KPMID4CBAAAJA5011 | | |
| YNAHD4CBBJAJI0BZW | YNAHD4CBBJAJI05KK | | | PIEMD4CBAAAAJ0350 | | |
| YNAHD4CBBJAJI03J2 | YNAHD4CBBJAJI0C0S | | | PIEMD4CBAAAAJ0509 | | |
| YNAHD4CBBJAJI0CV5 | YNAHD4CBBJAJI0CTY | | | KPMID4CBAAAJA7186 | | |
| YNAHD4CBBJAJI0DCN | | | | PIEMD4CBAAAAJ0189 | | |
| | | | | YNAHD4CBBJABE0E38 | | |
| | | | | KPMID4CBAAAJB4919 | | |
| | | | | PIEMD4CBAAAAJ0265 | | |
| | | | | PIEMD4CBAAAAF0326 | | |
| | | | | YNAHD4CBBJABE0FMC | | |
| | | | | YNAHD4CBBJABE0DP7 | | |
| | | | | YNAHD4CBBJABE0187 | | |

Exhibit I to Vaught Affidavit | p. 1

| POD8 | POD 9 | POD 13 | POD 14 | POD 15 | POD 16 | POD 18 |
|---|---|---|---|---|---|---|
| YNAHD4CBBJABE0DDV | NGSBD4CBAAAJA8254 | KPMID4CBAAAJA4168 | KPMID4CBAAAJB2841 | KPMID4CBAAJJF7090 | PIEMD4CBAAAAJ0604 | PIEMD4CBAAAF0240 |
| YNAHD4CBBJABE0FS3 | KPMID4CBAAAJB9475 | KPMID4CBAAAJA4259 | KPMID4CBAAAJB7891 | KPMID4CBAJIJC5679 | PIEMD4CBAAABD2293 | PIEMD%CBAAAAJ0666 |
| YNAHD4CBBJABE0D2N | NGSBD4CBAAAJA6058 | KPMID4CBAAAJA3059 | KPMID4CBAAAJB8041 | PIEMD4CBAAAAB3156 | PIEMD4CBAAABD2298 | KPMID%CBAAAJA0613 |
| YNAHD4CBBJABE0E23 | NGSBD4CBAAJJI2340 | KPMID4CBAAAJB8585 | NGSBD4CBAAJJI2226 | NGSBD4CBAAJBC6871 | KPMID4CBAAAJA2730 | KPMID4CBAAAJC2115 |
| YNAD4CBBJABE0DKS | KPMID4CBAAAJB8562 | KPMID4CBAAAJB6717 | KPMID%CBAAAJC0836 | | KPMID4CBAAAJA6891 | NGSBD4CBAAJBC7110 |
| YNAHD4CBBJABE0DM2 | NGSBD4CBAAJBC6815 | KPMID4CBAAAJA7403 | KPMID4CBAAAJB3659 | | KPMID4CBAAAJA3937 | KPMIDCBAJIJD1807 |
| YNAHD4CBBJABE0DPZ | KPMID4CBAAAJA2390 | KPMID4CBAAAJB9693 | KPMID4CBAAAJB9541 | | KPMID4CBAAAJB3946 | NGSBD4CBAAJBC6166 |
| YNAHD4CBBJABE0D4K | KPMID4CBAAAJA5301 | KPMID4CBAAAJC2132 | KPMID4CBAAAJA3995 | | KPMID4CBAJIJC7857 | KPMID4CBAABJA2889 |
| YNAHD4CBBJABE0DPB | KPMID4CBAAAJA9459 | KPMID4CBAAAJB8800 | KPMID4CBAAJJG5975 | | KPMID4CBAAAJA4154 | |
| YNAHD4CBBJAJI0HEM | KPMID4CBAAAJA9427 | KPMID4CBAAAJB9399 | YNAHD4CBBJABE0C58 | | PIEMD4CBAAAAF0017 | |
| YNAHD4CBBJABE0FPZ | KPMID%CBBJAJD0851 | KPMID4CBAAAJC1756 | KPMID4CBAABJA4451 | | PIEMD%CBAAAAF0619 | |
| YNAHD4CBBJABE0019 | KPMID4CBBJAJD0251 | KPMID4CBAAAJB9139 | KPMID4CBAAAJB8552 | | PIEMD4CBAAAAJ0475 | |
| YNAHD4CBBJAJI0HEG | PIEMD4CBAABAG2313 | KPMID4CBAABJA0084 | KPMID4CBAABJA4341 | | PIEMD%CBAAAAF0616 | |
| YNAHD4CBBJABE0FHG | KPMID4CBBJAJD0155 | KPMID4CBAABJA1488 | | | KPMID4CBAAAJB2752 | |
| YNAHD4CBBJABE001B | KPMID4CBAAAJA3041 | KPMIDCBAAAJB3728 | | | | |
| YNAHD4CBBJABE0D9X | KPMID4CBAJIJC8092 | KPMID4CBAAAJB3790 | | | | |
| YNAHD4CBBJABE0DRF | YNAHD4CBBJABE0DPY | KPMID4CBAAAJA4017 | | | | |
| YNAHD4CBBJABE0F42 | YNAHD4CBBJAJI0HDA | KPMID4CBAAAJB2931 | | | | |
| YNAHD4CBBJABE0DX0 | YNAHD4CBBJABE0D4F | KPMID4CBAAAJA7018 | | | | |
| YNAHD4CBBJABE0DWP | YNAHD4CBBJABE048X | KPMID4CBAAAJC1764 | | | | |
| YNAHD4CBBJABE0F1K | YNAHD4CBBJAJI0DEF | KPMID4CBAABJA0078 | | | | |
| KPMID4CBAABJA4364 | KPMID4CBAAAJA6949 | KPMID4CBAABJA4332 | | | | |
| | PIEMD4CBAAAAF0138 | KPMID4CBAAAJB9995 | | | | |
| | KPMID4CBAAAJB8136 | KPMID4CBAAAJA6861 | | | | |
| | YNAHD4CBBJAJI0620 | KPMID4CBAABJA0390 | | | | |
| | TWJQD4CBAABAH00FX | YNAHD4CBBJAJI0DJ6 | | | | |
| | YNAHD4CBBJABE0FAX | KPMID4CBAAAJB3965 | | | | |
| | TWJQD4CBAABAH00GW | KPMID4CBAABJA0608 | | | | |
| | TWJQD4CBBJABJ06TA | KPMID4CBAABJA0562 | | | | |
| | YNAHD4CBBJABE0C57 | KPMID4CBAAAJA2720 | | | | |
| | YNAHD4CBBJABE0DDG | KPMID4CBAABJA0553 | | | | |
| | KPMID4CBBJAJD0203 | KPMID4CBAABJA4450 | | | | |
| | YNAHD4CBBJABE0EFR | KPMID4CBAAAJB3788 | | | | |
| | YNAHD4CBBJABE0EFL | KPMID4CBAAAJB3714 | | | | |
| | YNAHD4CBBJABE0DWM | KPMID4CBAABJA0085 | | | | |
| | YNAHD4CBBJABE0056 | KPMID4CBAAAJB3970 | | | | |
| | KPMID4CBAAAJB3982 | | | | | |
| | KPMID4CBAABJA1504 | | | | | |
| | KPMID4CBAABJA0074 | | | | | |
| | PIEMD4CBAAJC0874 | | | | | |
| | KPMID4CBAAJJG5971 | | | | | |
| | KPMID4CBAAAJB9457 | | | | | |

Exhibit I to Vaught Affidavit | p. 2

## POD 19

KPMID4CBAAJJG3909
KPMID4CBAAAJB1426
KPMID4CBAJIJC3589
SMTTD4CBAAACJ0148
KPMID4CBAAJJG0188
KPMID4CBAAAJC2131
KPMID4CBAAAJA5329
KPMID4CBAAAJB0680
PIEMD4CBAAAAJ0900
KPMID4CBAAAJA5364

## POD 20

KPMID4CBAAAJB8124
KPMID4CBAAAJB0433
KPMID4CBAAAJA7260
KPMID4CBAAAJB5196
KPMID4CBAAJJG5212
KPMID4CBAAAJA7280
KPMID4CBAAAJA7224
KPMID4CBAAAJA3737
KPMID4CBAAAJA5318
KPMID4CBAAAJA4672
KPOMID4CBAAAJB6970
KPMID4CBAAAJA3751
KPMID4CBAJIJD5158
KPMID4CBAAAJA4237
KPMID4CBAAAJB8133
KPMID4CBJIJC6208
KPMID4CBAAAJA7346
KPMID4CBAAAJA5319
KPMID4CBAAAJB0244
KPMID4CBAAAJA7248
KPMID4CBAAAJA7185
KPMID4CBAAAJA7242
KPMID4CBAAAJB6749
KPMID4CBAAAJB0831
KPMID4CBAAAJA7263
KPMID4CBAAAJB0210
KPMID4CBAAAJA7293
KPMID4CBAAAJA4197
YNAHD4CBBJABE00BF
KPMID4CBAAAJB0496
YNAHD4CBBJAJI0DHX
KPMID4CBAAAJB0652
YNAHD4CBBJABE0D6F
KPMID4CBAAAJB3959
KPMIDCBAJIJC4020
YNAHD4CBBJABE01GL
KPMID4CBAJIJC5243
KPMID4CBAAAJA4101
KPMID4CBAAJJG1027
NGSBD4CBAAAJA3938
KPMID4CBAAAJB4814
KPMID4CBAAAJB0642

Exhibit I to Vaught Affidavit | p. 3