# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br>　　　Plaintiff, <br><br>v. <br><br>Litchain Corp. and Gaffney Board of Public Works, <br><br>　　　Defendants. <br>―――――――――――――――――――― <br>Gaffney Board of Public Works, <br><br>　　　Counter-/Cross-Claimant, <br><br>v. <br><br>Blockquarry Corp. f/k/a ISW Holdings, Inc., Counterclaim Defendant, and Litchain Corp., Crossclaim Defendant. | C/A No.: 7:23-cv-01427-TMC <br><br><br><br><br><br><br><br>**ORDER** |

　　　This matter comes before the Court on the Consent Motion for Enlargement of Time for Crossclaimant, Gaffney Board of Public Works, to Reply to Blockquarry's Response to Motion for Partial Default Judgment. In its motion, Gaffney Board of Public Works ("Gaffney BPW") asks for a one-week extension of its deadline for replying to Blockquarry's Response to Motion for Partial Default Judgment Filed by Gaffney Board of Public Works (ECF No. 88). For the reasons set forth in the motion, the Court finds the request well-taken and grants the relief sought.

　　　NOW, THEREFORE, IT IS HEREBY ORDERED that the deadline for Gaffney BPW to reply to Blockquarry's Response to Motion for Partial Default Judgment Filed by Gaffney Board of Public Works is extended until January 26, 2024.

SO ORDERED, this the _____ day of _____, 2024.

_____
The Honorable Timothy M. Cain
U.S. District Court Judge
