IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Litchain Corp. and Gaffney Board of Public Works, <br><br> Defendants. | C/A No.: 7:23-cv-01427-TMC <br><br><br> **PLAINTIFF'S REQUEST FOR PROTECTION** |

R. Taylor Speer, counsel for Plaintiff, respectfully requests protection from this Court and discovery appearances from:

- January 30, 2024 through February 1, 2024 (out-of-state CLE);
- February 8, 2024 through February 12, 2024 (attend chemotherapy treatment of another);
- March 21, 2024 through March 25, 2024 (attend chemotherapy treatment of another);
- April 11, 2024 through April 15, 2024 (attend chemotherapy treatment of another);
- April 19, 2024 through April 23, 2024 (pre-paid travel);
- June 28, 2024 through July 9, 2024 (pre-paid travel); and
- August 14, 2024 through August 20, 2024 (pre-paid travel).

Defendant Gaffney Board of Public Works was advised of the content of this notice in advance of its filing and does no object to the request.

|  | Respectfully submitted, |
|---|---|
| January 29, 2024 | FOX ROTHSCHILD LLP |
| Greenville, South Carolina | */s/ R. Taylor Speer*<br>R. Taylor Speer, Federal ID 122767<br>2 W. Washington Street<br>Suite 1100<br>Greenville, SC 29601<br>Tel:   864.751.7600<br>TSpeer@FoxRothschild.com |
| 154153819.1 | *Attorneys for Plaintiff* |

2