## SC Miner Invemtory List

**Andrea Siles** <andrea@bit5ive.com>
Tue 11/14/2023 4:29 PM

To: 李科泽 <keze.li@starwin.com>

EXHIBIT B

📎 1 attachments (18 KB)
Helene Gaffney, SC Invemtory_ Pod 10 + 11.xlsx;

Hello Keze,

Please see attached the miner inventory list for Gaffney.

--



**Andrea Siles**
Chief Customer Officer / Director of Operations
Bit5ive LLC

Andrea@Bit5ive.com
www.Bit5ive.com
12301 NW 112th Ave, Suite 109, Medley, Fl 33178

WARNING: Wire Fraud Advisory: Due to an increase in email hacking/phishing, buyers, sellers and lenders should confirm all wiring instructions by phone directly with our office before transferring any funds, especially if you received wiring instructions via email.

This electronic mail message contains information that (a) is or may be LEGALLY PRIVILEGED, CONFIDENTIAL, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s)named herein. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, copying, or distributing any part of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.

| SERIAL NUMBER | MODEL AND SPEED |
|---|---|
| YNAHD4BBAAJAB0213 | s19jpro 100th |
| THQGDXBBBJCJI0CGW | s19jpro 100th |
| THQGDXABBJDJG0YK1 | s19jpro 104th |
| YNAHD4BBAAJAC0201 | s19jpro 100th |
| YNAHD4BBAJICJ0270 | s19jpro 100th |
| YNAHD4CBAAJAC0267 | s19jpro 104th |
| YNAHD4BBAAJJH0141 | s19jpro 100th |
| YNAHD4CBAAJJH0627 | s19jpro 104th |
| YNAHD4CBAAJJF0001 | s19jpro 104th |
| YNAHD4CBAAJJD00FV | s19jpro 104th |
| YNAHD4BBAAJJG0494 | s19jpro 100th |
| YNAHD4CBAAJBA00ZA | s19jpro 104th |
| THQGDWABBJCJB0489 | s19jpro 104th |
| YNAHD4CBAAJJD005L | s19jpro 104th |
| YNAHD4CBAJIBE00CG | s19jpro 104th |
| YNAHD4CBAAJJH0157 | s19jpro 104th |
| YNAHD4CBAAJAC0167 | s19jpro 104th |
| YNAHD4CBAJICJ0432 | s19jpro 104th |
| YNAHD4CBAAJJG0560 | s19jpro 104th |
| YNAHD4CBAJIBJ00G4 | s19jpro 104th |
| YNAHD4BBAAJJG0097 | s19jpro 100th |
| YNAHD4BBAJIBA0002 | s19jpro 100th |
| THQGDXBBBJCJI0CGV | s19jpro 100th |
| YNAHD4BBAAJAB0464 | s19jpro 100th |
| YNAHD4BBAAJJG0647 | s19jpro 100th |
| YNAHD4BBAAJAC0413 | s19jpro 100th |
| YNAHD4CBAJICJ0086 | s19jpro 104th |
| YNAHD4CBAAJJD007M | s19jpro 104th |
| THQGDXBBBJCJI0DTM | s19jpro 100th |
| YNAHD4BBAAJAA0030 | s19jpro 100th |
| YNAHD4CBAAJJD003C | s19jpro 104th |
| YNAHD4CBAAJJD0029 | s19jpro 104th |
| YNAHD4BBAAJAC0246 | s19jpro 100th |
| YNAHD4CBAJICJ0235 | s19jpro 104th |
| YNAHD4CBAAJAC0515 | s19jpro 104th |
| YNAHD4CBAAJBA00YY | s19jpro 104th |
| YNAHD4CBAAJJD006S | s19jpro 104th |
| THQGDXBBBJCJI0DP5 | s19jpro 100th |
| YNAHD4CBAJIAF0092 | s19jpro 104th |
| YNAHD4CBAAJAD0091 | s19jpro 104th |
| YNAHD4CBAJIBJ002Z | s19jpro 104th |
| YNAHD4BBAAJAC0541 | s19jpro 100th |
| YNAHD4BBAAJAC0746 | s19jpro 100th |
| YNAHD4BBAAJAB0293 | s19jpro 100th |
| YNAHD4CBAJIAF0091 | s19jpro 104th |
| YNAHD4CBAAJAB0797 | s19jpro 104th |
| YNAHD4BBAJIAE000H | s19jpro 100th |

| | |
|---|---|
| YNAHD4BBAAJAC0783 | s19jpro 100th |
| YNAHD4CBAAJJD00E4 | s19jpro 104th |
| YNAHD4CBAAJAC0288 | s19jpro 104th |
| YNAHD4CBAAJAC0837 | s19jpro 104th |
| YNAHD4BBAAJAC0539 | s19jpro 100th |
| YNAHD4CBAJIBJ001S | s19jpro 104th |
| YNAHD4CBAAJAC0728 | s19jpro 104th |
| YNAHD4CBAAJAC0724 | s19jpro 104th |
| YNAHD4BBAJICJ0050 | s19jpro 100th |
| YNAHD4BBAAJAC0077 | s19jpro 100th |
| YNAHD4BBAAJAC0554 | s19jpro 100th |
| YNAHD4CBAAJJD002P | s19jpro 104th |
| YNAHD4CBAAJJH0533 | s19jpro 104th |
| YNAHD4CBAAJAD0174 | s19jpro 104th |
| YNAHD4BBAAJJG0492 | s19jpro 100th |
| YNAHD4CBAAJJG0544 | s19jpro 104th |
| YNAHD4CBAAJJG0536 | s19jpro 104th |
| YNAHD4BBAAJAB0792 | s19jpro 100th |
| THQGDWABBJCJB7239 | s19jpro 104th |
| YNAHD4CBAJIAE009R | s19jpro 104th |
| YNAHD4CBAAJAC0789 | s19jpro 104th |
| YNAHD4CBAAJJH0258 | s19jpro 104th |
| YNAHD4BBAAJAC0670 | s19jpro 100th |
| YNAHD4CBAJICJ0023 | s19jpro 104th |
| YNAHD4BBAJIBE005Z | s19jpro 100th |
| YNAHD4CBAAJJG0359 | s19jpro 104th |
| YNAHD4CBAAJAD0156 | s19jpro 104th |
| YNAHD4CBAJICJ0316 | s19jpro 104th |
| YNAHD4BBAAJJH0667 | s19jpro 100th |
| YNAHD4BBAJIBG00AV | s19jpro 100th |
| YNAHD4CBAAJJH0316 | s19jpro 104th |
| YNAHD4CBAJICJ0313 | s19jpro 104th |
| YNAHD4BBAAJJG0585 | s19jpro 100th |
| YNAHD4CBAAJJG0510 | s19jpro 104th |
| YNAHD4CBAJICJ0290 | s19jpro 104th |
| YNAHD4BBAJIBG00BM | s19jpro 100th |
| YNAHD4BBAJIBB00ZG | s19jpro 100th |
| YNAHD4CBAAJAB0811 | s19jpro 104th |
| YNAHD4CBAAJAD0193 | s19jpro 104th |
| YNAHD4CBAJICJ0068 | s19jpro 104th |
| YNAHD4CBAJICJ0200 | s19jpro 104th |
| THQGDXABBJDJG103V | s19jpro 104th |
| YNAHD4BBAAJJG0504 | s19jpro 100th |
| YNAHD4BBAJIBG00AX | s19jpro 100th |
| YNAHD4BBAAJJG0110 | s19jpro 100th |
| YNAHD4CBAAJAB0771 | s19jpro 104th |
| YNAHD4CBAJICJ0014 | s19jpro 104th |
| YNAHD4BBAAJAB0332 | s19jpro 100th |
| YNAHD4CBAJICJ0407 | s19jpro 104th |
| YNAHD4CBAJICJ0189 | s19jpro 104th |
| YNAHD4BBAAJAB0288 | s19jpro 100th |
| YNAHD4CBAJICJ0224 | s19jpro 104th |
| YNAHD4CBAJICJ0016 | s19jpro 104th |
| YNAHD4BBAJIBB013B | s19jpro 100th |

| | |
|---|---|
| YNAHD4CBAAJJD007T | s19jpro 104th |
| THQGDWABBJCJB7229 | s19jpro 104th |
| YNAHD4CBAJICJ0198 | s19jpro 104th |
| YNAHD4BBAJIBB00ZA | s19jpro 100th |
| YNAHD4BBAAJAF0715 | s19jpro 100th |
| THQGDWABBJCJB7158 | s19jpro 104th |
| THQGD4BBBJABF2186 | s19jpro 100th |
| YNAHD4CBAAJAC0069 | s19jpro 104th |
| YNAHD4CBAAJBC0041 | s19jpro 104th |
| YNAHD4CBAAJJG0550 | s19jpro 104th |
| YNAHD4CBAAJBA00YZ | s19jpro 104th |
| YNAHD4BBAAJAC0410 | s19jpro 100th |
| YNAHD4CBAAJAC0062 | s19jpro 104th |
| YNAHD4CBAAJJD007W | s19jpro 104th |
| YNAHD4BBAJIBG00C2 | s19jpro 100th |
| YNAHD4CBAAJJD0082 | s19jpro 104th |
| THQGDWABBJCJB7211 | s19jpro 104th |
| YNAHD4CBAAJBA00YA | s19jpro 104th |
| YNAHD4BBAJIBG00CC | s19jpro 100th |
| YNAHD4BBAAJJD0055 | s19jpro 100th |
| YNAHD4CBAAJJH0449 | s19jpro 104th |
| YNAHD4CBAAJBC007R | s19jpro 104th |
| YNAHD4CBAAJJG0541 | s19jpro 104th |
| YNAHD4CBAAJJG0196 | s19jpro 104th |
| YNAHD4CBAAJBA00ZB | s19jpro 104th |
| YNAHD4CBAJICJ0020 | s19jpro 104th |
| YNAHD4CBAJIAE00G9 | s19jpro 104th |
| YNAHD4BBAJIBE0013 | s19jpro 100th |
| THQGDWABBJCJB0770 | s19jpro 104th |
| YNAHD4BBAJIBG000H | s19jpro 100th |
| YNAHD4CBAAJAC0718 | s19jpro 104th |
| YNAHD4CBAAJBA00YT | s19jpro 104th |
| YNAHD4BBAAJBD005A | s19jpro 100th |
| YNAHD4BBAAJBA00VJ | s19jpro 100th |
| THQGDWABBJCJB7236 | s19jpro 104th |
| THQGDWABBJCJB7290 | s19jpro 104th |
| YNAHD4CBAJICJ0343 | s19jpro 104th |
| YNAHD4BBAAJAF1601 | s19jpro 100th |
| YNAHD4CBAAJAC0832 | s19jpro 104th |
| THQGDWABBJCJB7048 | s19jpro 104th |
| YNAHD4CBAAJJG0080 | s19jpro 104th |
| YNAHD4CBAAJJH0480 | s19jpro 104th |
| THQGD4BBBJABF2160 | s19jpro 100th |
| YNAHD4CBAAJJF0009 | s19jpro 104th |
| YNAHD4CBAAJJD00GW | s19jpro 104th |
| YNAHD4CBAAJJH0059 | s19jpro 104th |
| YNAHD4BBAAJAC0797 | s19jpro 100th |
| YNAHD4CBAAJJF0007 | s19jpro 104th |
| THQGDWABBJCJB7057 | s19jpro 104th |
| YNAHD4CBAAJJD00GD | s19jpro 104th |
| YNAHD4CBAAJJH0270 | s19jpro 104th |
| YNAHD4BBAAJAB0324 | s19jpro 100th |
| YNAHD4BBAAJJD00DT | s19jpro 100th |
| YNAHD4CBAAJJF0004 | s19jpro 104th |

| | |
|---|---|
| YNAHD4CBAJIBJ001E | s19jpro 104th |
| YNAHD4CBAAJJG0025 | s19jpro 104th |
| THQGDXABBJDJG1026 | s19jpro 104th |
| YNAHD4CBAAJAB0787 | s19jpro 104th |
| THQGD4BBBJABF9680 | s19jpro 100th |
| YNAHD4BBAAJAB0411 | s19jpro 100th |
| YNAHD4BBAAJAF1174 | s19jpro 100th |
| YNAHD4BBAAJJH0198 | s19jpro 100th |
| YNAHD4BBAAJAB0348 | s19jpro 100th |
| YNAHD4CBAAJAC0716 | s19jpro 104th |
| YNAHD4BBAJICJ0288 | s19jpro 100th |
| YNAHD4BBAAJAB0381 | s19jpro 100th |
| YNAHD4BBAAJAC0411 | s19jpro 100th |
| YNAHD4CBAAJJG0059 | s19jpro 104th |
| YNAHD4BBAAJJG0525 | s19jpro 100th |
| THQGDWABBJCJB7320 | s19jpro 104th |
| YNAHD4BBAAJJH0336 | s19jpro 100th |
| YNAHD4CBAJICJ0173 | s19jpro 104th |
| YNAHD4CBAJICJ0033 | s19jpro 104th |
| YNAHD4BBAAJAB0357 | s19jpro 100th |
| YNAHD4BBAAJAB0587 | s19jpro 100th |
| THQGD4BBBJABF1902 | s19jpro 100th |
| YNAHD4BBAJIBB0139 | s19jpro 100th |
| YNAHD4BBAAJAB0245 | s19jpro 100th |
| YNAHD4BBAAJAA0694 | s19jpro 100th |
| YNAHD4BBAAJAC0744 | s19jpro 100th |
| YNAHD4BBAAJAB0616 | s19jpro 100th |
| YNAHD4BBAJIBH004N | s19jpro 100th |
| YNAHD4BBAAJAB0328 | s19jpro 100th |
| YNAHD4CBAJICJ0321 | s19jpro 104th |
| YNAHD4BBAAJAB0252 | s19jpro 100th |
| YNAHD4CBAAJJF0006 | s19jpro 104th |
| THQGDWABBJCJB6847 | s19jpro 104th |
| YNAHD4BBAAJAC0748 | s19jpro 100th |
| THQGDWABBJCJB0772 | s19jpro 104th |
| YNAHD4CBAAJJD007V | s19jpro 104th |
| YNAHD4CBAAJAC0848 | s19jpro 104th |
| YNAHD4CBAJIBJ007L | s19jpro 104th |
| YNAHD4CBAAJJD00GZ | s19jpro 104th |
| YNAHD4BBAAJAC0406 | s19jpro 100th |
| YNAHD4CBAAJJF0119 | s19jpro 104th |
| YNAHD4BBAAJAD0206 | s19jpro 100th |
| YNAHD4CBAJICJ0225 | s19jpro 104th |
| YNAHD4CBAAJJH0045 | s19jpro 104th |
| YNAHD4CBAAJJH0539 | s19jpro 104th |
| YNAHD4BBAAJAB0556 | s19jpro 100th |
| YNAHD4CBAJICJ0005 | s19jpro 104th |
| YNAHD4BBAAJBC006X | s19jpro 100th |
| YNAHD4BBAAJAC0187 | s19jpro 100th |
| YNAHD4BBAJICJ0244 | s19jpro 100th |
| YNAHD4CBAAJJF0010 | s19jpro 104th |
| YNAHD4CBAAJJD00EZ | s19jpro 104th |
| THQGDWABBJCJB7214 | s19jpro 104th |
| YNAHD4BBAJICJ0256 | s19jpro 100th |

| | |
|---|---|
| YNAHD4BBAAJJH0362 | s19jpro 100th |
| YNAHD4CBAJICJ0144 | s19jpro 104th |
| YNAHD4CBAJICJ0041 | s19jpro 104th |
| YNAHD4BBAJIBB00Z9 | s19jpro 100th |
| YNAHD4CBAJICJ0119 | s19jpro 104th |
| YNAHD4BBAJIBG00BN | s19jpro 100th |
| YNAHD4CBAAJAC0810 | s19jpro 104th |
| YNAHD4CBAAJAD0160 | s19jpro 104th |
| YNAHD4CBAJICJ0008 | s19jpro 104th |
| YNAHD4BBAJIBD009J | s19jpro 100th |
| YNAHD4BBAJIBG0072 | s19jpro 100th |
| YNAHD4CBAAJJA00AT | s19jpro 104th |
| THQGDXBBBJCJI0DS1 | s19jpro 100th |
| YNAHD4BBAJIAF00D4 | s19jpro 100th |
| YNAHD4BBAJIBD004D | s19jpro 100th |
| YNAHD4BBAJIAF007W | s19jpro 100th |
| YNAHD4CBAJICJ0557 | s19jpro 104th |
| YNAHD4CBAAJBC00GB | s19jpro 104th |
| YNAHD4BBAAJBC00G4 | s19jpro 100th |
| YNAHD4CBAAJJD0086 | s19jpro 104th |
| YNAHD4BBAJIBG00C0 | s19jpro 100th |
| YNAHD4BBAAJJD004E | s19jpro 100th |
| YNAHD4CBAJICJ0305 | s19jpro 104th |
| THQGD4BBBJABF2761 | s19jpro 100th |
| THQGDWABBJCJB7055 | s19jpro 104th |
| YNAHD4BBAJIBE009K | s19jpro 100th |
| YNAHD4CBAAJAC0850 | s19jpro 104th |
| YNAHD4BBAAJJD001B | s19jpro 100th |
| YNAHD4BBAAJJG0555 | s19jpro 100th |
| YNAHD4CBAAJJD002R | s19jpro 104th |
| YNAHD4BBAJIBB00ZH | s19jpro 100th |
| YNAHD4CBAAJBC00GC | s19jpro 104th |
| YNAHD4BBAAJAC0245 | s19jpro 100th |
| YNAHD4CBAJICJ0228 | s19jpro 104th |
| YNAHD4CBAJICJ0035 | s19jpro 104th |
| THQGDWABBJCJB7288 | s19jpro 104th |
| YNAHD4BBAJIAF00CW | s19jpro 100th |
| YNAHD4BBAAJJD00B6 | s19jpro 100th |
| THQGDXBBBJCJI0DS3 | s19jpro 100th |
| YNAHD4CBAAJJD007N | s19jpro 104th |
| YNAHD4BBAJIAG0025 | s19jpro 100th |
| THQGDWABBJCJB0777 | s19jpro 104th |
| YNAHD4CBAAJJD005H | s19jpro 104th |
| YNAHD4BBAJIBG00C7 | s19jpro 100th |
| YNAHD4CBAJIBE00C9 | s19jpro 104th |
| YNAHD4CBAJIBE00CR | s19jpro 104th |
| THQGDWABBJCJB7206 | s19jpro 104th |
| YNAHD4BBAAJAF1338 | s19jpro 100th |
| THQGDXABBJEAF2GSD | s19jpro 104th |
| YNAHD4CBAAJJA001A | s19jpro 104th |
| THQGDXABBJEAF2J85 | s19jpro 104th |
| YNAHD4CBAJICJ0223 | s19jpro 104th |
| YNAHD4CBAAJJD007L | s19jpro 104th |
| YNAHD4BBAAJAF1650 | s19jpro 100th |

| | |
|---|---|
| THQGDWABBJCJB7217 | s19jpro 104th |
| YDFTDBCBAJIJB00NY | S19a 100th |
| YNAHD4BBAAJJG0425 | s19jpro 100th |
| THQGDWABBJCJB7233 | s19jpro 104th |
| YNAHD4BBAJIBE009H | s19jpro 100th |
| THQGDWABBJCJB0779 | s19jpro 104th |
| YNAHD4BBAJIAG002R | s19jpro 100th |
| THQGDWABBJCJB0399 | s19jpro 104th |
| YNAHD4CBAJICJ0411 | s19jpro 104th |
| THQGDWABBJCJB0406 | s19jpro 104th |
| YNAHD4CBAJICJ0440 | s19jpro 104th |
| YNAHD4CBAAJAB0087 | s19jpro 104th |
| YNAHD4CBAAJAC0095 | s19jpro 104th |
| YNAHD4BBAJIAG002J | s19jpro 100th |
| YNAHD4BBAAJAC0545 | s19jpro 100th |
| YNAHD4BBAJIBJ00HA | s19jpro 100th |
| YNAHD4BBAAJJG0584 | s19jpro 100th |

| SERIAL NUMBER | MODEL & SPEED |
|---|---|
| YNAHD4CBAJIAH0055 | s19jpro 104th |
| THQGDWABBJCJB0415 | s19jpr 104th |
| YNAHD4BBAAJJH0666 | s19jpro 100th |
| YNAHD4CBAAJJD00G7 | s19jpro 104th |
| YNAHD4CBAAJAB0691 | s19jpro 104th |
| YNAHD4BBAAJAC0238 | s19jpro 100th |
| YNAHD4BBAAJAA0357 | s19jpro 100th |
| YNAHD4CBAAJJD0083 | s19jpro 104th |
| YNAHD4BBAAJAB0583 | s19jpro 100th |
| THQGDWABBJCJB7034 | s19jpro 104th |
| YNAHD4CBAAJJD00EV | s19jpro 104th |
| YNAHD4CBAJICJ0277 | s19jpro 104th |
| YNAHD4BBAAJAB0621 | s19jpro 100th |
| THQGD4BBBJABF9712 | s19jpro 100th |
| THQGDWABBJCJB0776 | s19jpro 104th |
| THQGD4BBBJABF2141 | s19jpro 100th |
| YNAHD4BBAAJAA0728 | s19jpro 100th |
| YNAHD4BBAAJAC0076 | s19jpro 100th |
| THQGDXBBBJCJI0DRY | s19jpro 100th |
| YNAHD4CBAJIBH008F | s19jpro 104th |
| THQGD4BBBJAAH6311 | s19jpro 100th |
| YNAHD4CBAAJJH0392 | s19jpro 104th |
| YNAHD4CBAAJJD0038 | s19jpro 104th |
| YNAHD4BBAAJAB0634 | s19jpro 100th |
| YNAHD4CBAJIBH007B | s19jpro 104th |
| YNAHD4CBAAJJD00B2 | s19jpro 104th |
| YNAHD4CBAAJJD005F | s19jpro 104th |
| YNAHD4BBAAJAC0651 | s19jpro 100th |
| YNAHD4CBAAJJA003L | s19jpro 104th |
| YNAHD4BBAAJAA0686 | s19jpro 100th |
| YNAHD4BBAAJJG0242 | s19jpro 100th |
| YNAHD4BBAAJAC0412 | s19jpro 100th |
| YNAHD4CBAJICJ0516 | s19jpro 104th |
| YNAHD4BBAAJAB0790 | s19jpro 100th |
| YNAHD4BBAAJAB0728 | s19jpro 100th |
| THQGDXBBBJCJI0DRZ | s19jpro 100th |
| YNAHD4CBAAJJH0038 | s19jpro 104th |
| YNAHD4CBAAJJF0047 | s19jpro 104th |
| THQGD4BBBJABF1844 | s19jpro 100th |
| YNAHD4BBAAJAF1510 | s19jpro 100th |
| YNAHD4BBAAJAC0662 | s19jpro 100th |
| YNAHD4BBAAJAB0798 | s19jpro 100th |
| YNAHD4CBAAJJD00EB | s19jpro 104th |
| YNAHD4CBAAJJH0256 | s19jpro 104th |
| YNAHD4CBAJICJ0306 | s19jpro 104th |
| YNAHD4BBAAJJG0224 | s19jpro 100th |
| YNAHD4CBAAJBC007N | s19jpro 104th |

| | |
|---|---|
| YNAHD4CBAAJJG0239 | s19jpro 104th |
| YNAHD4CBAAJBA00YG | s19jpro 104th |
| YNAHD4BBAAJAC0793 | s19jpro 100th |
| YNAHD4CBAAJJG0695 | s19jpro 104th |
| YNAHD4CBAAJJG0247 | s19jpro 104th |
| THQGDWABBJCJB7058 | s19jpro 104th |
| YNAHD4BBAAJAC0072 | s19jpro 100th |
| YNAHD4CBAAJJG0306 | s19jpro 104th |
| YNAHD4BBAAJJG0460 | s19jpro 100th |
| YNAHD4CBAAJBC007M | s19jpro 104th |
| YNAHD4BBAAJAB0159 | s19jpro 100th |
| YNAHD4BBAAJAC0248 | s19jpro 100th |
| YNAHD4CBAAJJG0310 | s19jpro 104th |
| YNAHD4CBAAJJH0047 | s19jpro 104th |
| THQGDWABBJCJB7062 | s19jpro 104th |
| YNAHD4BBAAJAF1011 | s19jpro 100th |
| YNAHD4BBAAJAC0542 | s19jpro 100th |
| YNAHD4CBAAJBA00Z0 | s19jpro 104th |
| YNAHD4BBAAJJG0227 | s19jpro 100th |
| YNAHD4CBAAJBC005G | s19jpro 104th |
| YNAHD4BBAAJAA0693 | s19jpro 100th |
| THQGD4BBBJABF2144 | s19jpro 100th |
| YNAHD4CBAAJJD0001 | s19jpro 104th |
| THQGDWABBJCJB7282 | s19jpro 104th |
| YNAHD4CBAAJJD008W | s19jpro 104th |
| YNAHD4CBAAJAC0273 | s19jpro 104th |
| YNAHD4CBAAJJD0035 | s19jpro 104th |
| YNAHD4BBAAJJH0648 | s19jpro 100th |
| YNAHD4CBAAJJD005P | s19jpro 104th |
| YNAHD4BBAAJAC0745 | s19jpro 100th |
| YNAHD4BBAAJAC0250 | s19jpro 100th |
| YNAHD4BBAAJAA0459 | s19jpro 100th |
| YNAHD4CBAJIBB00X4 | s19jpro 104th |
| YNAHD4CBAJICJ0504 | s19jpro 104th |
| YNAHD4BBAAJAF0520 | s19jpro 100th |
| YNAHD4BBAAJBA00VH | s19jpro 100th |
| YNAHD4BBAAJBD004M | s19jpro 100th |
| THQGDXBBBJCJI0DL4 | s19jpro 100th |
| YNAHD4CBAJIBH008L | s19jpro 104th |
| YNAHD4BBAAJAB0169 | s19jpro 100th |
| YNAHD4BBAAJAA0353 | s19jpro 100th |
| YNAHD4CBAAJJD00AW | s19jpro 104th |
| YNAHD4CBAAJJD00EG | s19jpro 104th |
| YNAHD4BBAAJAC0791 | s19jpro 100th |
| YNAHD4BBAAJAC0200 | s19jpro 100th |
| YNAHD4CBAJICJ0506 | s19jpro 104th |
| YNAHD4CBAJIAH00K0 | s19jpro 104th |
| YNAHD4CBAAJBC00ML | s19jpro 104th |
| THQGDWABBJCJB7268 | s19jpro 104th |
| YNAHD4CBAAJJH0026 | s19jpro 104th |
| THQGDXBBBJCJI0DT8 | s19jpro 100th |
| THQGD4BBBJABF1909 | s19jpro 100th |
| YNAHD4CBAJICJ0505 | s19jpro 104th |
| YNAHD4CBAAJJF0031 | s19jpro 104th |

| | |
|---|---|
| THQGDXDBBJCJI0F38 | s19jpro 92th |
| YNAHD4CBAAJJD00EC | s19jpro 104th |
| YNAHD4CBAAJJD002W | s19jpro 104th |
| YNAHD4CBAJICJ0499 | s19jpro 104th |
| YNAHD4BBAAJJH0331 | s19jpro 100th |
| YNAHD4CBAAJBA00Y1 | s19jpro 104th |
| YNAHD4BBAAJJD004M | s19jpro 100th |
| YNAHD4CBAAJBA00YX | s19jpro 104th |
| YNAHD4CBAAJJH0474 | s19jpro 104th |
| YNAHD4BBAAJJG0111 | s19jpro 100th |
| YNAHD4BBAAJAD0173 | s19jpro 100th |
| YNAHD4CBAAJJH0306 | s19jpro 104th |
| YNAHD4BBAAJAD0163 | s19jpro 100th |
| THQGDWABBJCJB1000 | s19jpro 104th |
| YNAHD4CBAAJBC007S | s19jpro 104th |
| YNAHD4CBAAJJD005E | s19jpro 104th |
| YNAHD4CBAJICJ0192 | s19jpro 104th |
| YNAHD4BBAAJJH0285 | s19jpro 100th |
| YNAHD4BBAAJAB0207 | s19jpro 100th |
| THQGD4BBBJABF1460 | s19jpro 100th |
| THQGDXBBBJCJI0DTN | s19jpro 100th |
| YNAHD4BBAAJJH0128 | s19jpro 100th |
| THQGD4BBBJABF1280 | s19jpro 100th |
| YNAHD4CBAAJJA0040 | s19jpro 104th |
| YNAHD4BBAAJAA0724 | s19jpro 100th |
| YNAHD4CBAAJJH0063 | s19jpro 104th |
| THQGDXCBBJCJI0NEY | s19jpro 96th |
| YNAHD4BBAAJAC0180 | s19jpro 100th |
| YNAHD4BBAAJAB0606 | s19jpro 100th |
| YNAHD4CBAAJAB0509 | s19jpro 104th |
| YNAHD4BBAAJAD0162 | s19jpro 100th |
| YNAHD4BBAAJAA0002 | s19jpro 100th |
| THQGDXABBJDJG14ZH | s19jpro 104th |
| YNAHD4BBAAJAD0210 | s19jpro 100th |
| YNAHD4CBAAJAB0117 | s19jpro 104th |
| THQGDXBBBJCJI0CH2 | s19jpro 100th |
| THQGDXABBJEAF2GSF | s19jpro 104th |
| YNAHD4CBAAJJG0315 | s19jpro 104th |
| THQGD4BBBJABF1859 | s19jpro 100th |
| YNAHD4CBAAJAB0714 | S19jpro 104th |
| THQGDWABBJCJB7221 | S19jpro 104th |
| YNAHD4CBAAJJD0069 | S19jpro 104th |
| THQGDXBBBJCJI0DTR | S19jpro 100th |
| YNAHD4BBAAJBA00V3 | S19jpro 100th |
| YNAHD4BBAAJAF1635 | s19jpro 100th |
| THQGDWABBJCJB0442 | S19jpro 100th |
| YNAHD4BBAAJAC0305 | S19jpro 100th |
| YNAHD4CBAJICJ0018 | S19jpro 104th |
| THQGDWABBJCJB7315 | S19jpro 100th |
| YNAHD4CBAJICJ0515 | S19jpro 104th |
| YNAHD4CBAJICJ0221 | S19jpro 104th |
| THQGD4BBBJABI2057 | S19jpro100th |
| YNAHD4BBAAJJG0452 | S19jpro 100th |
| YNAHD4BBAAJAF1636 | S19jpro 100th |

| | |
|---|---|
| THQGDWABBJCJB7054 | S19jpro 104th |
| YNAHD4BBAAJAF0514 | S19jpro 100th |
| YNAHD4BBAAJBA00VE | S19jpro 100th |
| YNAHD4BBAAJAC0650 | S19jpro 100th |
| YDFTDBCBAJHJB03TE | s19jpro 100th |
| YNAHD4CBAAJJD007J | S19jpro 104th |
| THQGD4BBBJABF1842 | S19jpro 100th |
| YNAHD4BBAAJAC0181 | S19jpro 100th |
| YNAHD4CBAJICJ0003 | S19jpro 104th |
| YNAHD4BBAJIBG00BK | S19jpro 100th |
| YNAHD4BBAAJAC0409 | S19jpro 100th |
| YNAHD4BBAAJAC0405 | S19jpro 100th |
| THQGDWABBJCJB7247 | S19jpro 104th |
| YNAHD4CBAAJJD0085 | S19jpro 104th |
| YNAHD4CBAJICJ0002 | S19jpro 104th |
| YNAHD4CBAJIBH008N | S19jpro 104th |
| YNAHD4CBAAJJD003T | S19jpro 104th |
| YNAHD4CBAAJAF1185 | S19jpro 104th |
| YNAHD4BBAAJAB0059 | S19jpro 100th |
| YNAHD4BBAAJAB0068 | S19jpro 100th |
| YNAHD4BBAAJAC0236 | S19jpro 100th |
| THQGD4BBBJAJE0487 | S19jpro 100th |
| YNAHD4BBAAJAF1686 | S19jpro 100th |
| YNAHD4BBAAJAA0681 | S19jpro 100th |
| YNAHD4CBAAJBA00Z5 | S19jpro 104th |
| YNAHD4CBAAJJH0278 | S19jpro 104th |
| THQGDXCBBJCJI0NET | s19jpro 96th |
| THQGDWABBJCJB7286 | S19jpro 104th |
| YNAHD4CBAAJJG0534 | S19jpro 104th |
| YNAHD4BBAAJAB0319 | S19jpro 100th |
| THQGDXBBBJCJI0DT4 | S19jpro 100th |
| THQGDWABBJCJB7056 | S19jpro 104th |
| YNAHD4CBAAJJD0087 | S19jpro 104th |
| THQGDWABBJCJB7228 | S19jpro 104th |
| YNAHD4BBAJIBG00AT | S19jpro 100th |
| YNAHD4CBAAJJA000C | S19jpro 104th |
| YNAHD4CBAAJAB0532 | S19jpro 104th |
| YNAHD4CBAAJJA000T | S19jpro 104th |
| YNAHD4CBAJICJ0503 | S19jpro 104th |
| YNAHD4CBAAJJA00AB | S19jpro 104th |
| YNAHD4CBAAJJD002K | S19jpro 104th |
| YNAHD4BBAJIBG00B6 | S19jpro 100th |
| THQGD4BBBJAAB4770 | S19jpro 100th |
| YNAHD4CBAAJJG0512 | S19jpro 104th |
| YNAHD4BBAAJJD00F3 | S19jpro 100th |
| YNAHD4CBAAJJA003H | S19jpro 104th |
| YNAHD4CBAAJJD007X | S19jpro104th |
| YNAHD4CBAAJJD00AM | S19jpro 104th |
| YNAHD4CBAAJJG0245 | S19jpro 104th |
| YNAHD4CBAJIBD0083 | S19jpro 104th |
| THQGDXCBBJCJI0NER | s19jpro 96th |
| YNAHD4BBAAJAB0609 | S19jpro 100th |
| YNAHD4CBAAJJA00A4 | S19jpro 104th |
| THQGD4BBBJABF1941 | S19jpro 100th |

| | |
|---|---|
| YNAHD4BBAJIBE000Z | S19jpro 100th |
| YNAHD4CBAAJJH0098 | S19jpro 104th |
| THQGDWABBJCJB0381 | S19jpro 104th |
| YNAHD4BBAAJAB0323 | S19jpro 100th |
| THQGDWABBJCJB0453 | S19jpro 104th |
| YNAHD4BBAAJAA0692 | S19jpro 100th |
| YNAHD4BBAAJJH0205 | S19jpro 100th |
| YNAHD4CBAAJBB0072 | S19jpro 104th |
| YNAHD4CBAAJBA00YP | S19jpro 104th |
| YNAHD4BBAAJAB0450 | S19jpro 100th |
| YNAHD4CBAAJJD002V | S19jpro 104th |
| YNAHD4CBAAJJH0003 | S19jpro104th |
| THQGDWABBJCJB0766 | S19jpro 104th |
| YNAHD4CBAAJBA00Z1 | S19jpro 104th |
| YNAHD4CBAAJJD001Y | S19jpro104th |
| THQGDWABBJCJB7081 | S19jpro 104th |
| YNAHD4CBAAJJD002Z | S19jpro 104th |
| YNAHD4BBAAJAC0073 | S19jpro 100th |
| YNAHD4CBAAJBC00F4 | S19jpro 104th |
| YNAHD4CBAJIAG00G9 | S19jpro 104th |
| YNAHD4CBAJIBH008Z | S19jpro 104th |
| YNAHD4BBAAJAC0669 | S19jpro 100th |
| YNAHD4CBAAJJG0265 | S19jpro 104th |
| YNAHD4CBAAJJD007P | S19jpro 104th |
| YNAHD4CBAAJJA00A5 | S19jpro 104th |
| THQGDXBBBJCBE0482 | S19jpro 100th |
| THQGDWABBJCJB7295 | S19jpro 104th |
| YDFTDBCBAJIJB00P8 | S19jpro 100th |
| YNAHD4BBAAJAB0064 | S19jpro 100th |
| YNAHD4BBAAJAB0382 | S19jpro 100th |
| YNAHD4CBAAJJG0191 | S19jpro 104th |
| YNAHD4CBAJIBH008G | S19jpro 104th |
| YNAHD4BBAAJAC0193 | S19jpro 100th |
| YNAHD4CBAAJJD007R | S19jpro 104th |
| YNAHD4CBAAJAB0414 | S19jpro 104th |
| THQGD4BBBJABI2071 | S19jpro 100th |
| THQGDXCBBJCJI0NJH | s19jpro 96th |
| YNAHD4CBAAJJG0551 | S19jpro 104th |
| THQGDXBBBJCJI0DL5 | S19jpro 100th |
| THQGDWABBJCJB7163 | S19jpro 104th |
| YNAHD4CBAJICJ0187 | S19jpro 104th |
| YNAHD4BBAAJAF1638 | S19jpro 100th |
| YNAHD4BBAAJAB0461 | S19jpro 100th |
| THQGDWABBJCJB7249 | S19jpro 104th |
| YNAHD4CBAJICJ0232 | S19jpro 104th |
| YNAHD4CBAAJJA003C | S19jpro 104th |
| THQGDXCBBJCBE01H6 | s19jpro 96th |
| YNAHD4CBAAJJD0037 | S19jpro 104th |
| YNAHD4CBAAJJD0084 | S19jpro 104th |
| YNAHD4CBAAJJD008D | S19jpro 104th |
| THQGDXCBBJCJI0MY8 | s19jpro 96th |
| THQGDWABBJCJB0780 | S19jpro 104th |
| THQGDWABBJCJB7176 | S19jpro 104th |
| YNAHD4BBAAJAF0508 | S19jpro 100th |

| | |
|---|---|
| YNAHD4BBAAJAF0719 | S19jpro 100th |
| YNAHD4CBAJICJ0489 | S19jpro 104th |
| SMTTC2ABBJBBE0032 | S19 90th |
| YNAHD4BBAAJAC0649 | S19jpro 100th |
| YNAHD4CBAAJJA004A | S19jpro 104th |
| YNAHD4CBAAJBA00YR | S19jpro 104th |
| YNAHD4BBAAJJH0332 | S19jpro 100th |
| YNAHD4UBAAJAC0074 | S19jpro 100th |
| YNAHD4CBAJICJ0017 | S19jpro 104th |
| YNAHD4BBAAJAC0079 | S19jpro 100th |
| THQGD4BBBJABF2937 | S19jpro 100th |
| YNAHD4BBAAJJH0647 | S19jpro 100th |
| YNAHD4BBAAJJH0644 | S19jpro 100th |
| YNAHD4BBAAJJH0288 | S19jpro 100th |
| YNAHD4BBAAJAD0165 | S19jpro 100th |
| YNAHD4CBAJIAG00CF | S19jpro 104th |
| THQGDWABBJCJB7254 | S19jpro 104th |