EXHIBIT C

BITMAIN

## Bitmain Technologies Limited

COMMERCIAL INVOICE

SHIP DATE: 2022-05-05

INVOICE NUMBER: 0012022042701019

SELLER: Bitmain Technologies Limited

**SHIPPING ADDRESS:**

CONSIGNEE: Nick Perez

ADDRESS: 154 Hyatt Street, Gaffney, South carolina, United States, 29341

TEL: +1-3057130229

SHIP BY:

Manufacturer: Cloudic Industries Sdn. Bhd.

**BILLING ADDRESS:**

BILL TO: DAO BLOCKCHAIN PTE. LTD.

ADDRESS: 71 UBI ROAD 1 #10-42 OXLEY BIZHUB, Singapore,, Singapore, 408732

TEL: +65-81818594

Items

| Full Description Of Goods | Quantity | Price/Unit (USD) | Discount/Unit (USD) | Subtotal/Unit (USD) | Gross Wight /Unit(KG) | AWB |
|---|---|---|---|---|---|---|
| Product: SERVER<br>Trade Mark: ANTMINER<br>Model: 240-Cb<br>Version: S19j Pro<br>Hashrate: 100TH/s | 200 | 5759 | 179.49 | 5579.51 | 17 | 205-66619593 |
| Total Value(USD): 1115902 | | | | Total Gross Weight(KG): 3400 | | |
| Total Quantity: 200 | | | | Shipping Cost(USD): 0 | | |

COMPANY STAMP: 

DATE: 2022-05-05 10:06:24

BITMAIN

## Bitmain Technologies Limited

COMMERCIAL INVOICE

SHIP DATE:2022-06-04

INVOICE NUMBER: 0012022052601029

SELLER: Bitmain Technologies Limited

**SHIPPING ADDRESS:**

CONSIGNEE: Nick Perez

ADDRESS: 154 Hyatt Street,Gaffney,South carolina,United States,29341

TEL: +1-3057130229

SHIP BY:

Manufacturer: Cloudic Industries Sdn. Bhd.

**BILLING ADDRESS:**

BILL TO: DAO BLOCKCHAIN PTE. LTD.

ADDRESS: 71 UBI ROAD 1 #10-42 OXLEY BIZHUB,Singapore,,Singapore,408732

TEL: +65-81818594

Items

| Full Description Of Goods | Quantity | Price/Unit (USD) | Discount/Unit (USD) | Subtotal/Unit (USD) | Gross Wight /Unit(KG) | AWB |
|---|---|---|---|---|---|---|
| Product:SERVER<br>Trade Mark: ANTMINER<br>Model:240-Cb<br>Version:S19j Pro<br>Hashrate:92TH/s | 17 | 5279 | 178.89 | 5100.11 | 17 | 035CX40925 |
| Product:SERVER<br>Trade Mark: ANTMINER<br>Model:240-Cb<br>Version:S19j Pro<br>Hashrate:96TH/s | 48 | 5508 | 186.65 | 5321.35 | 17 | 035CX40925, 035CX40925 |
| Product:SERVER<br>Trade Mark: ANTMINER<br>Model:240-Cb<br>Version:S19j Pro<br>Hashrate:100TH/s | 53 | 5738 | 194.44 | 5543.56 | 17 | 035CX40925, 035CX40925, 035CX40925 |
| Product:SERVER<br>Trade Mark: ANTMINER<br>Model:240-Cb<br>Version:S19j Pro<br>Hashrate:104TH/s | 82 | 5968 | 202.24 | 5765.76 | 17 | 035CX40925, 035CX40925, 035CX40925, 035CX40925, 035CX40925 |
| Total Value(USD):1108727.67 | | | | Total Gross Weight(KG):3400 | | |
| Total Quantity:200 | | | | Shipping Cost(USD):0 | | |

COMPANY STAMP: 

DATE:2022-06-04 10:31:09