**EXHIBIT D**

## Bitmain Technologies Limited

COMMERCIAL INVOICE

SHIP DATE:2021-11-11

INVOICE NUMBER: 0012021110101030

SELLER: Bitmain Technologies Limited

**SHIPPING ADDRESS:**

CONSIGNEE: Andrea Siles

ADDRESS: 2000 Foster Mill Road,LaFayette,Georgia State,United States,30728

TEL: +1-3053430935

SHIP BY:

TAXID/VAT/EIN/SSN/ImportNo.: 202118006G

**BILLING ADDRESS:**

BILL TO: Andrea Siles DAO BLOCKCHAIN PTE. LTD.

ADDRESS: 2000 Foster Mill Road,LaFayette,Georgia State,United States,30728

TEL: +1-3053430935

Items

| Full Description Of Goods | Quantity | Price/Unit (USD) | Discount/Unit (USD) | Subtotal/Unit (USD) | Gross Wight /Unit(KG) | AWB |
|---|---|---|---|---|---|---|
| Product:SERVER Trade Mark: ANTMINER Model:240-Cb Version:S19j Pro Hashrate:96TH/s | 122 | 5376 | 0 | 5376 | 17 | DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01 |
| Product:SERVER Trade Mark: ANTMINER Model:240-Cb Version:S19j Pro Hashrate:104TH/s | 326 | 5824 | 0 | 5824 | 17 | DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211111-01, DIM20211 |
| Total Value(USD):2726013.5 | | | | Total Gross Weight(KG):7616 | | |
| Total Quantity:448 | | | | Shipping Cost(USD):171517.5 | | |

COMPANY STAMP: 

DATE:2021-11-11 12:16:10

**BITMAIN**

# Bitmain Technologies Limited

COMMERCIAL INVOICE

SHIP DATE:2022-04-09

INVOICE NUMBER: 0012022033001035

SELLER: Bitmain Technologies Limited

**SHIPPING ADDRESS:**

CONSIGNEE: Andrea Siles

ADDRESS: 2000 Foster Mill Road,LaFayette,Georgia State,United States,30728

TEL: +1-3053430935

SHIP BY:

TAXID/VAT/EIN/SSN/ImportNo.: 202118006G

**BILLING ADDRESS:**

BILL TO: DAO BLOCKCHAIN PTE. LTD.

ADDRESS: 71 UBI ROAD 1 #10-42 OXLEY BIZHUB,Singapore,,Singapore,408732

TEL: +65-81818594

Items

| Full Description Of Goods | Quantity | Price/Unit (USD) | Discount/Unit (USD) | Subtotal/Unit (USD) | Gross Wight /Unit(KG) | AWB |
|---|---|---|---|---|---|---|
| Product:SERVER Trade Mark: ANTMINER Model:240-Cb Version:S19j Pro Hashrate:96TH/s | 100 | 6144 | 150.8 | 5993.2 | 17 | 297-82017762 |
| Product:SERVER Trade Mark: ANTMINER Model:240-Cb Version:S19j Pro Hashrate:104TH/s | 100 | 6656 | 163.36 | 6492.64 | 17 | 297-82017762 |
| Total Value(USD):1248584 | | | | Total Gross Weight(KG):3400 | | |
| Total Quantity:200 | | | | Shipping Cost(USD):0 | | |

COMPANY STAMP: 

DATE:2022-04-09 16:49:39