# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | Civil Action No. 7:23-cv-01427-TMC |
| Plaintiff, | |
| v. | |
| Litchain Corp. and Gaffney Board of Public Works, | **NOTICE OF DISMISSAL BY CROSSCLAIMANT, GAFFNEY BOARD OF PUBLIC WORKS, OF CERTAIN CROSSCLAIMS AGAINST CROSSCLAIM DEFENDANT, LITCHAIN CORP.** |
| Defendants. | |
| Gaffney Board of Public Works, | |
| Defendant/Counter and Crossclaimant, | |
| v. | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | |
| Counterclaim Defendant, | |
| and | |
| Litchain Corp., | |
| Crossclaim Defendant. | |

Comes now Crossclaimant, Gaffney Board of Public Works ("Gaffney BPW"), and pursuant to Rule 41 of the Federal Rules of Civil Procedure, gives notice of the voluntary dismissal of its crossclaims against Crossclaim Defendant, Litchain Corp. ("Litchain"), who has not served a responsive pleading and is currently in default, for interpleader of the utility deposit (Count I),

in the nature of interpleader – deposit refund (Count II), interpleader of the cryptocurrency mining equipment (Count III[1]), and breach of contract – utility agreement (Count VI).

The only crossclaims brought by Gaffney BPW that remain pending against Litchain are for declaratory judgment relating to the return of the deposit refund and cryptocurrency mining equipment (Count III) and declaratory judgment finding the nondisclosure and non-circumvention agreement ultra vires, invalid, void, and/or unenforceable (Count IV). (ECF No. 23, p. 38-41). These crossclaims are the subject of the Rule 55(B)(2) Motion for Partial Default Judgment Against Crossclaim Defendant Litchain Corp. filed by Gaffney BPW on December 22, 2023. (ECF No. 84). A consent order granting this motion was submitted to the Court on February 1, 2024.

Respectfully submitted,

POPE FLYNN, LLC

March 12, 2024     By:     */s/ Virginia P. Bozeman*
Virginia P. Bozeman (Fed. Bar No. 13476)
Lawrence E. Flynn III (Fed. Bar No. 14000)
1411 Gervais Street, Suite 300
Columbia, SC 29201
Phone: (803) 354-4900
Fax: (803) 354-4899
gbozeman@popeflynn.com
lflynn@popeflynn.com

**ATTORNEYS FOR GAFFNEY BPW**

---

[1] The counts set forth in the amended counterclaim and amended crossclaim filed by Gaffney BPW contain a typographical error. Two causes of action are identified as Count III. The first "Count III" is for interpleader of the cryptocurrency mining equipment. The second "Count III" is for declaratory judgment relating to the return of the deposit refund and cryptocurrency mining equipment. (ECF No. 23, p. 34-38).