IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | Civil Action No. 7:23-cv-01427-TMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT MOTION FOR** |
| Litchain Corp. and Gaffney Board of Public ) | **ENLARGEMENT OF TIME** |
| Works, ) | **FOR DEFENDANT/ COUNTER AND** |
| ) | **CROSSCLAIMANT, GAFFNEY** |
| Defendants. ) | **BOARD OF PUBLIC WORKS, TO** |
| ) | **RESPOND TO FED. R. CIV. P. 24(a)(2)** |
| ) | **MOTION TO INTERVENE FILED BY** |
| Gaffney Board of Public Works, ) | **CRYPTO INFINITI LLC** |
| ) | |
| Defendant/Counter and ) | |
| Crossclaimant, ) | |
| v. ) | |
| ) | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | |
| ) | |
| Counterclaim Defendant, ) | |
| and ) | |
| ) | |
| Litchain Corp., ) | |
| ) | |
| Crossclaim Defendant. ) | |
| ) | |

COMES NOW Defendant/Counter and Crossclaimant, Gaffney Board of Public Works, South Carolina ("Gaffney BPW"), pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Civ. Rule 6.01 (D.S.C.), and requests the Court enter an order permitting a one-week extension of the deadline for Gaffney BPW to file a response in opposition to Proposed Crossclaim Defendant Crypto Infiniti LLC's Fed. R. Civ. P. 24(a)(2) Motion to Intervene, filed March 6, 2024. (ECF No. 94). This extension would give Gaffney BPW until Wednesday, March 27, 2024, to file

its response. Gaffney BPW seeks this extension due to the need of its counsel to address other pending and urgent matters and is not sought to cause undue delay or for an improper motive.

Pursuant to Local Civ. Rule 7.02 (D.S.C.), counsel for Gaffney BPW consulted with counsel for Crypto Infini LLC and f/k/a ISW Holdings, Inc. on March 18, 2024, and both consented to the relief sought. A consent order granting the relief sought has been submitted with this Motion.

WHEREFORE, premises considered, Gaffney BPW moves this Court for an order extending its deadline for responding to Proposed Crossclaim Defendant Crypto Infiniti LLC's Fed. R. Civ. P. 24(a)(2) Motion to Intervene until March 27, 2024.

Respectfully submitted,

POPE FLYNN, LLC

March 18, 2024    By:    /s/ Virginia P. Bozeman
Virginia P. Bozeman (Fed. Bar No. 13476)
Lawrence E. Flynn III (Fed. Bar No. 14000)
1411 Gervais Street, Suite 300
Columbia, SC 29201
Phone: (803) 354-4900
Fax: (803) 354-4899
gbozeman@popeflynn.com
lflynn@popeflynn.com

**ATTORNEYS FOR GAFFNEY BPW**