IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br>     Plaintiff, <br><br> v. <br><br> Litchain Corp. and Gaffney Board of Public Works, <br><br>     Defendants. <br><br>——————————————— <br><br> Gaffney Board of Public Works, <br><br>     Defendant/Counter- and Cross-Claimant, <br><br> v. <br><br> Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br>     Counterclaim Defendant, <br><br> and <br><br> Litchain Corp., <br><br>     Defendant/Crossclaim-Defendant. | C/A No.: 7:23-cv-01427-TMC <br><br><br><br><br><br><br><br><br><br><br> **BLOCKQUARRY'S NOTICE OF DISMISSAL** |

    Plaintiff/Crossclaim-Defendant Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry"), pursuant to Rule 41(a), Federal Rules of Civil Procedure, dismisses its claims for damages against Defendant/Crossclaim-Defendant Litchain Corp. ("Litchain")—*i.e.*, counts IV (wrongful eviction) and V (abuse of process) of Plaintiff's complaint (ECF No. 1).

Prior to filing the instant dismissal, Blockquarry and Defendant Gaffney Board of Public Works ("Gaffney BPW") voluntarily dismissed their respective claims against each other (ECF No. 73), and Gaffney BPW further dismissed certain claims against Litchain (ECF No. 95.)

Following the instant dismissal, the only remaining affirmative relief sought in this case is Blockquarry and Gaffney BPW's respective request for declaratory relief against Litchain. (*See supra*; *see* ECF No. 63 [Blockquarry's motion for partial default judgment against Litchain]; and *see* ECF. No. 84 [Gaffney BPW's first motion for default judgment as to Counterclaim Defendant Litchain Corp.])

On February 1, 2024, Blockquarry and Gaffney BPW submitted a joint proposed order that, if issued, <u>will resolve all</u> affirmative relief currently plead in the case. At the last hour, proposed intervenor, Crypto Infiniti LLC, seeks to interject itself (ECF No. 94), and the parties oppose such intervention (*See* ECF No. 94 p. 2.)

Respectfully submitted,

| | |
|---|---|
| March 19, 2024 | FOX ROTHSCHILD LLP |
| | 2 W. Washington Street<br>Suite 1100<br>Greenville, SC 29601<br>Tel:   864.751.7600 |
| Greenville, South Carolina | */s/R. Taylor Speer*<br>R. Taylor Speer<br>Federal ID# 12267<br>tspeer@foxrothschild.com |
| | *Attorneys for Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc.* |
| 151597152 | |

2