## Farrell, Kaitie

| | |
|---|---|
| **From:** | Speer, R. Taylor <TSpeer@foxrothschild.com> |
| **Sent:** | Friday, November 3, 2023 10:46 AM |
| **To:** | Farrell, Kaitie |
| **Cc:** | Feinstein, Marc; Stutz, Kate |
| **Subject:** | Re: Bitmain |

[EXTERNAL MESSAGE]

Just left you a voicemail. I'm traveling today. Please feel free to call my cell phone 904-608-9529.

R. Taylor Speer
Counsel
Fox Rothschild LLP

---

**From:** Farrell, Kaitie <kfarrell@omm.com>
**Sent:** Friday, November 3, 2023 12:16:32 AM
**To:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** [EXT] RE: Bitmain

Hi Taylor,

We have been awaiting a plan for the distribution of Bitmain's machines since October 18. Now that BPW and Blockquarry have settled, please let us know when we can expect the plan. We would like to arrange an expeditious return of the machines.

Thanks,
Kaitie

Kaitlyn G. Farrell
O: +1-213-430-7869
kfarrell@omm.com

---

**From:** Farrell, Kaitie
**Sent:** Tuesday, October 31, 2023 11:59 AM
**To:** 'Speer, R. Taylor' <TSpeer@foxrothschild.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** RE: Bitmain

Hi Taylor,

Following up to see whether Blockquarry has finalized a plan and timeline for distribution of the machines.

Thank you,
Kaitie

Kaitlyn G. Farrell
O: +1-213-430-7869

1

kfarrell@omm.com

---

**From:** Farrell, Kaitie
**Sent:** Monday, October 23, 2023 2:17 PM
**To:** 'Speer, R. Taylor' <TSpeer@foxrothschild.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Stutz, Kate <kstutz@omm.com>
**Subject:** RE: Bitmain

Hi Taylor,

Checking in to see whether you are able to share a distribution plan yet.  Can you also provide an estimated timeline for the distribution?

Thank you,
Kaitie

Kaitlyn G. Farrell
O: +1-213-430-7869
kfarrell@omm.com

---

**From:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Sent:** Wednesday, October 18, 2023 11:59 AM
**To:** Feinstein, Marc <mfeinstein@omm.com>; Farrell, Kaitie <kfarrell@omm.com>
**Subject:** Bitmain


[EXTERNAL MESSAGE]


Mark and Katie, BPW is letting Blockquarry on the Premises for an inspection and to determine the equipment needed to vacate.  I'll be able to provide a plan for distribution to Bitmain (or other communication with relevant information) shortly.  Best,



**R. Taylor Speer**
Counsel
Greenville, SC
(864) 751-7665
* 827-7665

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.


This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.