## Farrell, Kaitie

| | |
|---|---|
| **From:** | Farrell, Kaitie |
| **Sent:** | Wednesday, February 28, 2024 5:51 PM |
| **To:** | 'Taylor Speer (TSpeer@foxrothschild.com)' |
| **Cc:** | Feinstein, Marc; Iden, David; Parikh, Sherin; 'Clifford, Nicholas B.' |
| **Subject:** | RE: Bitmain Georgia - Demand for Return of Miners |
| **Attachments:** | 2024.2.20 Letter re Machines.pdf |

Taylor,

I am following up on the attached correspondence regarding Bitmain Georgia's demand that the miners be returned. Bitmain Georgia requests that its personnel be able to re-visit the Missouri site to perform a count and inventory of the miners and begin the retrieval process. Please let us know of dates this week or early next week that Bitmain Georgia personnel may come to the site.

Thank you,

Kaitie


Kaitlyn G. Farrell
O: +1-213-430-7869
kfarrell@omm.com

---

**From:** Farrell, Kaitie
**Sent:** Tuesday, February 20, 2024 5:20 PM
**To:** Taylor Speer (TSpeer@foxrothschild.com) <TSpeer@foxrothschild.com>
**Cc:** Feinstein, Marc <mfeinstein@omm.com>; Iden, David <diden@omm.com>; Parikh, Sherin <sparikh@omm.com>; 'Clifford, Nicholas B.' <Nicholas.Clifford@tuckerellis.com>
**Subject:** Bitmain Georgia - Demand for Return of Miners

Taylor,

Please see the attached correspondence.

Thank you,
Kaitie

## O'Melveny

**Kaitlyn G. Farrell**
kfarrell@omm.com
O: +1-213-430-7869

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1