**EXHIBIT 3**

## DECLARATION OF KEZE LI

1. My name is Keze Li, I am over the age of eighteen, and am competent to provide the information provided herein.

2. I am a citizen and resident of _China_.

3. I work for Crypto Infiniti, LLC ("CI").

4. I have reviewed the books and records of CI with a particular emphasis on the payments made to Bit5ive, LLC and Uptime Armory, LLC between June 9, 2021 and _Feb 23, 2023_.

5. During this timeframe, Bit5ive and Uptime Armory were collectively paid _$3,050,013.18_.

6. These payments were comprised of deposits for electricity, hosting services, electric utility payments, and the purchase of two mining pods.

7. These payments were, in part, directed toward CI's use of the facilities located in Gaffney, South Carolina.

I, **Keze Li**, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2024.

_____
Keze Li

March 27, 2024