# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | | |
|---|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | ) | Civil Action No. 7:23-cv-01427-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT MOTION FOR** |
| Litchain Corp. and Gaffney Board of Public Works, | ) | **ENLARGEMENT OF TIME FOR GAFFNEY BOARD OF PUBLIC WORKS TO FILE A REPLY TO** |
| | ) | **BLOCKQUARRY'S RESPONSE IN** |
| Defendants. | ) | **OPPOSITION TO ITS MOTION TO** |
| | ) | **STRIKE** |
| Gaffney Board of Public Works, | ) | |
| | ) | |
| Defendant/Counter and Crossclaimant, | ) | |
| v. | ) | |
| | ) | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| and | ) | |
| | ) | |
| Litchain Corp., | ) | |
| | ) | |
| Crossclaim Defendant. | ) | |
| | ) | |

  COMES NOW Gaffney Board of Public Works ("Gaffney BPW"), and pursuant to Federal Rule of Civil Procedure 6 and Local Civ. Rule 6.01 (D.S.C.), requests the Court enter an order permitting a one-week extension of the deadline for Gaffney BPW to file a reply to Blockquarry's Response in Opposition to the Motion to Strike of Gaffney Board of Public Works, filed by Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry") on March 26, 2024. (ECF No. 104). This extension would give Gaffney BPW until Tuesday, April 9, 2024, to file its reply. Gaffney

BPW seeks this extension due to the need of its counsel to address other pending and urgent matters and is not sought to cause undue delay or for an improper motive.

Pursuant to Local Civ. Rule 7.02 (D.S.C.), counsel for Gaffney BPW consulted with counsel for Blockquarry on April 1, 2024, and he consented to the relief sought. A consent order granting the relief sought has been submitted with this Motion.

WHEREFORE, premises considered, Gaffney Board of Public Works moves this Court for an order extending its deadline for filing a reply to Blockquarry's Response in Opposition to the Motion to Strike of Gaffney Board of Public Works (ECF No. 104) until April 9, 2024.

Respectfully submitted,

POPE FLYNN, LLC

April 2, 2024          By:     /s/ Virginia P. Bozeman
Virginia P. Bozeman (Fed. Bar No. 13476)
Lawrence E. Flynn III (Fed. Bar No. 14000)
1411 Gervais Street, Suite 300
Columbia, SC 29201
Phone: (803) 354-4900
Fax: (803) 354-4899
gbozeman@popeflynn.com
lflynn@popeflynn.com

**ATTORNEYS FOR GAFFNEY BPW**