# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | Civil Action No. 7:23-cv-01427-TMC |
| Plaintiff, | |
| vs. | |
| Litchain Corp. and Gaffney Board of Public Works, | **NOTICE OF APPEARANCE** |
| Defendants. | |
| Gaffney Board of Public Works, | |
| Defendant/Counter and Cross-Claimaint, | |
| vs. | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | |
| Counterclaim Defendant, | |
| and | |
| Litchain Corp., | |
| Crossclaim Defendant. | |

PLEASE TAKE NOTICE that Andrew A. Mathias, Konstantine P. Diamaduros, and Elizabeth C. Edmondson of the law firm of Maynard Nexsen PC hereby make an appearance in the above-captioned case as counsel for Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry"), and respectfully request that all notice given or required to be given in these proceedings be given to and served upon them at the address below.

Blockquarry's current counsel of record, R. Taylor Speer of Fox Rothschild LLP, has developed a conflict in this case and will be filing a Motion to Withdraw as Counsel.

        Respectfully submitted,

        **MAYNARD NEXSEN PC**

        s/ *Andrew A. Mathias*

        Andrew A. Mathias, Fed. ID No. 10166
        Konstantine P. Diamaduros, Fed. ID No. 12368
        Elizabeth C. Edmondson, Fed. ID No. 13208
        104 S. Main Street, Suite 900 (29601)
        Post Office Drawer 10648
        Greenville, South Carolina 29603
        Phone: 864.370.2211
        Fax: 864.477.2617
        AMathias@maynardnexsen.com
        KDiamaduros@maynardnexsen.com
        EEdmondson@maynardardnexsen.com

April 8, 2024          *Attorneys for Plaintiff Blockquarry Corp. f/k/a*
Greenville, South Carolina    *ISW Holdings, Inc.*