IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>Litchain Corp. and Gaffney Board of Public Works, <br><br>Defendants. <br><br>Gaffney Board of Public Works, <br><br>Defendant/Counter and Cross-Claimant, <br><br>vs. <br><br>Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br>Counterclaim Defendant, <br><br>and <br><br>Litchain Corp., <br><br>Crossclaim Defendant. | Civil Action No. 7:23-cv-01427-TMC <br><br><br>**PLAINTIFF BLOCKQUARRY CORP. F/K/A ISW HOLDINGS, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO BITMAIN TECHNOLOGIES GEORGIA LIMITED'S MOTION TO INTERVENE** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Civil Rule 6.01 (D.S.C.), Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry") requests the Court enter an order permitting a twenty-one (21) day extension of the deadline for Blockquarry to file a response in opposition to Bitmain Technologies Georgia Limited's ("Bitmain") Motion to Intervene, filed on March 27, 2024 (ECF No. 106). The current deadline is April 10, 2024. This extension would give Blockquarry until May 1, 2024 to file its response.

Blockquarry seeks this extension because undersigned counsel was retained to represent Blockquarry in this matter on Monday, April 8, 2024, and the current deadline to respond to Bitmain's Motion to Intervene is Wednesday, April 10, 2024. This extension will provide Blockquarry's new counsel sufficient time to become acquainted with facts and procedural posture of this case and perform adequate research to prepare its response to Bitmain's Motion to Intervene. This deadline has not been previously extended, and the requested extension will not affect other deadlines.

Pursuant to Local Civil Rule 7.02 (D.S.C.), counsel for Blockquarry consulted with counsel for Bitmain, as well as counsel for Defendant Gaffney Board of Public Works ("Gaffney BPW") and Intervenor Crypto Infiniti LLC ("Crypto Infiniti") on April 8, 2024. Counsel for Gaffney BPW and Crypto Infiniti consented to this motion. Counsel for Bitmain did not consent to this motion.[1]

WHEREFORE, Blockquarry respectfully requests that the Court enter an order extending the deadline for Blockquarry to respond to Bitmain's Motion to Intervene until May 1, 2024.

*[signature page follows]*

---

[1] Undersigned counsel has notified counsel for Bitmain that a conflict exists with Nelson Mullins Riley & Scarborough LLP's representation of Bitmain under Rules 1.09(a) and 1.10 of the South Carolina Rules of Professional Conduct. Blockquarry will file a Motion to Disqualify Bitmain's counsel on April 9, 2024 if Bitmain's counsel does not promptly withdraw.

Respectfully submitted,

**MAYNARD NEXSEN PC**

s/ *Andrew A. Mathias*
Andrew A. Mathias, Fed. ID No. 10166
Konstantine P. Diamaduros, Fed. ID No. 12368
Elizabeth C. Edmondson, Fed. ID No. 13208
MAYNARD NEXSEN PC
104 South Main Street, Suite 900
Greenville, SC  29601
Telephone: (864) 370-2211
AMathias@maynardnexsen.com
KDiamaduros@maynardnexsen.com
EEdmondson@maynardardnexsen.com

*Attorneys for Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc.*

April 8, 2024
Greenville, South Carolina

3