# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | Civil Action No. 7:23-cv-01427-TMC |
| Plaintiff, | |
| v. | |
| Litchain Corp. and Gaffney Board of Public Works, | **NOTICE OF DISMISSAL BY GAFFNEY BOARD OF PUBLIC WORKS OF CROSSCLAIM FOR DECLARATORY JUDGMENT RELATING TO EQUIPMENT RETURN** |
| Defendants. | |
| Gaffney Board of Public Works, | |
| Defendant/Counter and Crossclaimant, | |
| v. | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | |
| Counterclaim Defendant, | |
| and | |
| Litchain Corp., | |
| Crossclaim Defendant. | |

Comes now Crossclaimant, Gaffney Board of Public Works ("Gaffney BPW"), and pursuant to Rule 41 of the Federal Rules of Civil Procedure, gives notice of the voluntary dismissal of its crossclaim against Litchain Corp. ("Litchain") for declaratory judgment relating to the return of cryptocurrency mining equipment, asserted as part of Count III[1] of the amended crossclaim filed

---

[1] The counts set forth in the amended counterclaim and amended crossclaim filed by Gaffney BPW contain a typographical error. Two causes of action are identified as Count III. The first "Count III" is for interpleader of the cryptocurrency mining equipment. The second "Count III" is for declaratory judgment relating to the return of the deposit refund and cryptocurrency mining equipment. (ECF No. 23, pp. 34-38).

by Gaffney BPW on May 22, 2023. (ECF No. 23). Litchain has been served by publication, has not served a responsive pleading, and is currently in default, so voluntary dismissal in this manner complies with Federal Rule of Civil Procedure 41(c).

The only remaining crossclaims pending against Litchain are for declaratory judgment relating to the return of the deposit refund, also asserted as part of Count III of the amended crossclaim, and declaratory judgment finding the nondisclosure and non-circumvention agreement between Litchain and Gaffney BPW to be ultra vires, invalid, void, and/or unenforceable, asserted in Count IV. (ECF No. 23, pp. 38-41). These crossclaims remain the subject of the Rule 55(B)(2) Motion for Partial Default Judgment Against Crossclaim Defendant Litchain Corp. filed by Gaffney BPW on December 22, 2023. (ECF No. 84). Now that Gaffney BPW has voluntarily dismissed its request for declaratory judgment relating to the return of the cryptocurrency mining equipment, that claim is no longer at issue in Gaffney BPW's pending motion for partial default judgment.

Respectfully submitted,

POPE FLYNN, LLC

April 9, 2024        By:    */s/ Virginia P. Bozeman*
Virginia P. Bozeman (Fed. Bar No. 13476)
Lawrence E. Flynn III (Fed. Bar No. 14000)
1411 Gervais Street, Suite 300
Columbia, SC 29201
Phone: (803) 354-4900
Fax: (803) 354-4899
gbozeman@popeflynn.com
lflynn@popeflynn.com

**ATTORNEYS FOR GAFFNEY BPW**