# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | Civil Action No. 7:23-cv-01427-TMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT MOTION FOR** |
| Litchain Corp. and Gaffney Board of Public ) | **ENLARGEMENT OF TIME** |
| Works, ) | **FOR GAFFNEY BOARD OF PUBLIC** |
| ) | **WORKS TO RESPOND TO** |
| Defendants. ) | **BITMAIN'S MOTION TO** |
| ) | **INTERVENE** |
| ) | |
| Gaffney Board of Public Works, ) | |
| ) | |
| Defendant/Counter and ) | |
| Crossclaimant, ) | |
| v. ) | |
| ) | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | |
| ) | |
| Counterclaim Defendant, ) | |
| and ) | |
| ) | |
| Litchain Corp., ) | |
| ) | |
| Crossclaim Defendant. ) | |
| ) | |

COMES NOW Gaffney Board of Public Works, South Carolina ("Gaffney BPW"), and pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Civ. Rule 6.01 (D.S.C.), requests the Court enter an order permitting an extension of the deadline for Gaffney BPW to file a response in opposition to Bitmain's Motion to Intervene, filed March 27, 2024. (ECF No. 106). The current response deadline is April 10, 2024. The court has already given Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry") until April 23, 2024, to respond to this motion. Gaffney BPW requests a similar extension.

Gaffney BPW seeks this extension due to the need of its counsel to address other pending and urgent matters and is not sought to cause undue delay or for an improper motive.

Pursuant to Local Civ. Rule 7.02 (D.S.C.), counsel for Gaffney BPW consulted with counsel for Bitmain on April 10, 2024, and he consented to the relief sought.

WHEREFORE, premises considered, Gaffney BPW moves this Court for an order extending its deadline for responding to Bitmain's Motion to Intervene until April 23, 2024.

Respectfully submitted,

POPE FLYNN, LLC

April 10, 2024         By:   /s/ Virginia P. Bozeman
                             Virginia P. Bozeman (Fed. Bar No. 13476)
                             Lawrence E. Flynn III (Fed. Bar No. 14000)
                             1411 Gervais Street, Suite 300
                             Columbia, SC 29201
                             Phone: (803) 354-4900
                             Fax: (803) 354-4899
                             gbozeman@popeflynn.com
                             lflynn@popeflynn.com

                             **ATTORNEYS FOR GAFFNEY BPW**