# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
### SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | Civil Action No. 7:23-cv-01427-TMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JOINT STIPULATION OF DISMISSAL** |
| Litchain Corp. and Gaffney Board of Public ) | **AS TO ALL REMAINING CLAIMS** |
| Works, ) | **AND CROSSCLAIMS** |
| ) | |
| Defendants. ) | |
| ) | |
| Gaffney Board of Public Works, ) | |
| ) | |
| Defendant/Counter and ) | |
| Crossclaimant, ) | |
| v. ) | |
| ) | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., ) | |
| ) | |
| Counterclaim Defendant, ) | |
| and ) | |
| ) | |
| Litchain Corp., ) | |
| ) | |
| Crossclaim Defendant. ) | |

IT IS HEREBY STIPULATED by Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry") and Gaffney Board of Public Works ("Gaffney BPW"), by and through undersigned counsel of record, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, all outstanding claims asserted by Blockquarry against Litchain Corp. ("Litchain") and all outstanding crossclaims asserted by Gaffney BPW against Litchain are hereby dismissed, with each party bearing its own costs and attorneys' fees. There are no longer any pending claims between the parties, so this joint stipulation of dismissal finally concludes the matter.

Respectfully submitted,

April 11, 2024

**MAYNARD NEXSEN PC**

*s/ Andrew A. Mathias*
Andrew A. Mathias (Fed. Bar No. 10166)
Konstantine P. Diamaduros (Fed. Bar No. 12368)
Elizabeth C. Edmondson (Fed. ID No. 13208)
104 S. Main Street, Suite 900 (29801)
Post Office Drawer 10648
Greenville, South Carolina 29603
Phone: 864.370.2211
Fax: 864.447.2617
AMathias@maynardnexsen.com
KDiamaduros@maynardnexson.com
EEdmondson@maynardnexsen.com
*Attorneys for Blockquarry Corp. f/k/a ISW Holdings, Inc.*

**POPE FLYNN LLC**

*s/ Virginia P. Bozeman*
Virginia P. Bozeman (Fed. Bar No. 13476)
Lawrence E. Flynn III (Fed. Bar No. 14000)
1411 Gervais Street, Suite 300
Columbia, South Carolina 29603
Phone: 803.354.4900
gbozeman@popeflynn.com
lflynn@popeflynn.com
*Attorneys for Gaffney Board of Public Works*