# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br>    Plaintiff and Third-Party Defendant, <br><br>v. <br><br>Litchain Corp. and Gaffney Board of Public Works, <br><br>    Defendants. | Civil Action No: 7:23-cv-01427-TMC |
| Gaffney Board of Public Works, <br><br>    Defendant and Counter-/Cross-Claimant, <br><br>v. <br><br>Blockquarry Corp. f/k/a ISW Holdings, Inc., <br><br>    Counterclaim-Defendant, <br><br>and <br><br>Litchain Corp., <br><br>    Crossclaim-Defendant. | **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Alice W. "Tally" Parham Casey, Esquire, of the law firm of Wyche, P.A., whose office, mailing address, and telephone number appear below, hereby enters an appearance in the above-referenced case as counsel for Intervenor Plaintiff Bitmain Technologies Georgia Limited and requests that all notices given or required to be given in this case be given to and served upon her as counsel for Intervenor Plaintiff as set forth herein below.

        Respectfully submitted,

        WYCHE, P.A.

        *s/Tally Parham Casey*
        Alice W. Parham Casey (Fed. I.D. No. 9431)
        Post Office Box 12247
        Columbia, SC 29211-2247
        Phone: (803) 254-6542
        tcasey@wyche.com
        *Attorney for Intervenor Plaintiff Bitmain Technologies Georgia Limited*

April 12, 2024