# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | Civil Action No: 7:23-cv-01427-TMC |
|     Plaintiff and Third-Party Defendant, | |
| v. | |
| Litchain Corp. and Gaffney Board of Public Works, | |
|     Defendants. | |
| | **NOTICE OF APPEARANCE** |
| Gaffney Board of Public Works, | |
|     Defendant and Counter-/Cross-Claimant, | |
| v. | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | |
|     Counterclaim-Defendant, | |
| and | |
| Litchain Corp., | |
|     Crossclaim-Defendant. | |

    PLEASE TAKE NOTICE that Henry L. Parr, Jr., Esquire, of the law firm of Wyche, P.A., whose office, mailing address, and telephone number appear below, hereby enters an appearance in the above-referenced case as counsel for Intervenor Plaintiff Bitmain Technologies Georgia Limited and requests that all notices given or required to be given in this case be given to and served upon him as counsel for Intervenor Plaintiff as set forth herein below.

          Respectfully submitted,

          WYCHE, P.A.

          <u>*s/Henry L. Parr, Jr.*</u>
          Henry L. Parr, Jr. (Fed. I.D. No. 2984)
          Post Office Box 728
          Greenville, SC 29602-0728
          Phone: (864) 242-8200
          hparr@wyche.com
          *Attorney for Intervenor Plaintiff Bitmain Technologies Georgia Limited*

April 12, 2024