# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., </br></br>   Plaintiff and Third-Party Defendant, </br></br>vs. </br></br>Litchain Corp. and Gaffney Board of Public Works, </br></br>   Defendants. </br>_____ </br></br>Gaffney Board of Public Works, </br></br>   Defendant and Counter-/Cross-Claimant </br></br>vs. </br></br>Blockquarry Corp. f/k/a ISW Holdings, Inc., Counterclaim-Defendant, </br></br>   Counterclaim-Defendant </br></br>   and </br></br>Litchain Corp. </br></br>   Crossclaim-Defendant | Civil Action No. 7:23-cv-01427-TMC </br></br></br></br></br></br></br></br></br></br></br>**MOTION TO WITHDRAW AS COUNSEL FOR PROPOSED INTERVENOR, BITMAIN TECHNOLOGIES GEORGIA LIMITED, BY PAUL T. COLLINS** |

  The undersigned hereby moves for an order relieving the undersigned and Nelson Mullins Riley and Scarborough, LLP ("Counsel") as counsel for proposed Intervenor-Plaintiff Bitmain Technologies Georgia Limited ("Bitmain") in this matter. The grounds for this Motion are that a conflict of interest has developed relating to Counsel's representation of Bitmain in this matter.

  Withdrawal will not leave Bitmain unrepresented. Tally Casey, Henry Parr, and Miranda Nelson, all of Wyche, P.A., have entered appearances in this matter on behalf of Bitmain and will

remain as counsel for Bitmain following Counsel's withdrawal, if permitted by the Court. Pursuant to Local Rule 83.I.07(A) (D.S.C.), Counsel certifies that both Bitmain and its remaining counsel consent to Counsel's withdrawal.

Pursuant to Local Rule 7.02 (D.S.C.), Counsel certifies that it has conferred with counsel for Gaffney Board of Public Works, Blockquarry Corp. f/k/a ISW Holdings, Inc., and proposed intervenor Crypto Infiniti LLC, and they do not oppose this Motion. Because Litchain Corp. is in default and has never made an appearance, Counsel has not sought a consultation with Litchain Corp. regarding this Motion.

WHEREFORE Counsel requests this Court enter an order permitting Counsel to withdraw and relieving Counsel of any further duty with respect to the instant case.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:     /s/Paul Collins
        Paul Collins
        Federal Bar No. 9055
        paul.collins@nelsonmullins.com
        1320 Main Street, 17th Floor
        Columbia, SC 29201
        803.255.9747

*Attorneys for Plaintiff Bitmain Technologies Georgia Limited*

Columbia, South Carolina
April 12, 2024